UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-000576<br><br>**NEXON KOREA CORPORATION'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Western District of Washington LCR 7.1, Plaintiff NEXON Korea Corporation is a wholly owned subsidiary of the parent company Nexon Co., Ltd., which is a publicly-traded company.

\\

CORPORATE DISCLOSURE STATEMENT - 1
Case No. 2:23-cv-00576

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 14th day of April, 2023.

    STOKES LAWRENCE. P.S.

By: */s/ Shannon M. Jost*
    Shannon M. Jost (WSBA #32511)
    Shannon.Jost@stokeslaw.com

By: */s/ Joshua D. Harms*
    Joshua D. Harms (WSBA #55679)
    Joshua.Harms@stokeslaw.com
    1420 Fifth Avenue, Suite 3000
    Seattle, Washington 98101-2393
    Phone: +1 (206) 626-6000
    Fax:   +1 (206) 464-1496

*and*

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ James S. Blackburn*
    James S. Blackburn (*pro hac vice forthcoming*)
    James.Blackburn@arnoldporter.com

By: */s/ Oscar Ramallo*
    Oscar Ramallo (*pro hac vice forthcoming*)
    Oscar.Ramallo@arnoldporter.com
    777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017
    Phone: +1 (213) 243-4000
    Fax:   +1 (213) 443-4199

By: */s/ James K. Lee*
    James K. Lee (*pro hac vice forthcoming*)
    James.Lee@arnoldporter.com

By: */s/ So Min Lee*
    So Min Lee (*pro hac vice forthcoming*)
    Somin.lee@arnoldporter.com
    20F, Concordian
    76 Saemunan-ro, Jongno-gu
    Seoul, Korea (03185)
    Phone: +82 2 6744-2000
    Fax:   +82 2 6744-2099

By: */s/ John R. Sabacinski*

CORPORATE DISCLOSURE STATEMENT - 2
Case No. 2:23-cv-00576

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

John R. Sabacinski (*pro hac vice forthcoming*)
John.Sabacinski@arnoldporter.com
70 West Madison Street
Suite 4200
Chicago, Illinois 60602
Phone: +1 (312) 583-2300
Fax:    +1 (312) 583-2360

*Counsel for Plaintiff NEXON Korea Corporation*

CORPORATE DISCLOSURE STATEMENT - 3

Case No. 2:23-cv-00576

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000