HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00576-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE OF PROCESS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3) |

THIS MATTER came before the Court on the Ex Parte Motion for Alternative Service of Process under Federal Rule of Civil Procedure 4(f)(3) ("Motion") brought by Plaintiff NEXON Korea Corporation ("Nexon").  This Court, having considered Plaintiff's Motion and finding good cause, it is hereby ORDERED:

　　1.　　Plaintiff's Motion is GRANTED.

　　2.　　Plaintiff is authorized to serve the following Defendants via alternative methods listed below:

　　•　　On Defendant Ironmace through the contact@ironmace.com email address, direct message to "@IronmaceGames" on Twitter (Ironmace's official Twitter account), and email to

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE OF PROCESS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3) - 1
63009-001 \ 103491667

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

its U.S. counsel AMoss@ggfirm.com;

•   On Defendant Choi through the contact@ironmace.com and sdf@ironmace.com email addresses, through direct message to "sdf" on Discord (Choi's Discord account), and through direct message to "sdf_" on Twitter (Choi's Twitter account); and

•   On Defendant Park through the contact@ironmace.com and terence@ironmace.com email addresses, through direct message to "Terence" and "krapst78" on Discord (Park's Discord accounts), and through direct message to "krapst78" on Twitter (Park's Twitter account).

Dated this _____ day of _____, 2023.

_____
HONORABLE MICHELLE L. PETERSON

Presented by:

STOKES LAWRENCE. P.S.

By: */s/ Shannon M. Jost*
    Shannon M. Jost (WSBA #32511)
    Shannon.Jost@stokeslaw.com

By: */s/ Joshua D. Harms*
    Joshua D. Harms (WSBA #55679)
    Joshua.Harms@stokeslaw.com
    1420 Fifth Avenue, Suite 3000
    Seattle, Washington 98101-2393
    Phone: +1 (206) 626-6000
    Fax: +1 (206) 464-1496

and

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ James S. Blackburn*
    James S. Blackburn (*pro hac vice*)
    James.Blackburn@arnoldporter.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE OF PROCESS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3) - 2
63009-001 \ 103491667

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

By: /s/ Oscar Ramallo
    Oscar Ramallo (*pro hac vice*)
    Oscar.Ramallo@arnoldporter.com
    777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017
    Phone: +1 (213) 243-4000
    Fax: +1 (213) 443-4199

By: /s/ James K. Lee
    James K. Lee (*pro hac vice*)
    James.Lee@arnoldporter.com

By: /s/ So Min Lee
    So Min Lee (*pro hac vice*)
    Somin.lee@arnoldporter.com
    20F, Concordian
    76 Saemunan-ro, Jongno-gu
    Seoul, Korea (03185)
    Phone: +82 2 6744-2000
    Fax: +82 2 6744-2099

By: /s/ John R. Sabacinski
    John R. Sabacinski (*pro hac vice*)
    John.Sabacinski@arnoldporter.com
    70 West Madison Street
    Suite 4200
    Chicago, Illinois 60602
    Phone: +1 (312) 583-2300
    Fax: +1 (312) 583-2360

Counsel for Plaintiff NEXON Korea Corporation

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE OF PROCESS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3) - 3
63009-001 \ 103491667

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000