HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>    Defendants. | Case No.: 2:23-cv-00576-MLP<br><br>PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE INITIATING DOCUMENTS |

I, So Min Lee, am over the age of 18, have personal knowledge of all the facts stated herein, and declare that I served each of the defendants in this action pursuant to the Court's Order Authorizing Alternative Service in the manner set forth below:

1. To Ironmace Co. Ltd. ("Ironmace") by email to contact@ironmace.com on May 23, 2023 at 7:14 PM (PDT) and by email to Ironmace's counsel, Aaron J. Moss, at AMoss@ggfirm.com on May 23, 2023 at 7:14 PM (PDT) with the following documents:

   a. Civil Cover Sheet

   b. Complaint

   c. Korean Translation of the Complaint

PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE INITIATING DOCUMENTS - 1
Case No. 2:23-cv-00576-MLP\ 63009-001 \ 103526964

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1        d.      Order Granting Motion for Alternative Service

2        e.      Summons to Ironmace

3        f.      Korean Translation of the Summons to Ironmace

4        g.      Report on Copyright

5        h.      Nexon's Corporate Disclosure Statement

6    2.      To Ju-Hyun Choi ("Mr. Choi") by email to sdf@ironmace.com on May 23, 2023

7 at 7:12 PM (PDT); by email to Ironmace's counsel at AMoss@ggfirm.com on May 23, 2023 at

8 7:14 PM (PDT); and by direct message to "sdf_" on Discord on May 24, 2023 at 6:03 PM (PDT)

9 with the following documents:

10        a.      Civil Cover Sheet

11        b.      Complaint

12        c.      Korean Translation of the Complaint

13        d.      Order Granting Motion for Alternative Service

14        e.      Summons to Mr. Choi

15        f.      Korean Translation of the Summons to Mr. Choi

16        g.      Report on Copyright

17        h.      Nexon's Corporate Disclosure Statement

18 I hereby confirm delivery of the direct message to Mr. Choi's Discord account at "sdf_" based on

19 Mr. Choi's direct message to me on May 30, 2023 at 3:08 AM (PDT) on Discord, confirming his

20 receipt of service.

21    3.      To Terence Seungha Park ("Mr. Park") by email to terence@ironmace.com on

22 May 23, 2023 at 7:13 PM (PDT) and by email to Ironmace's counsel at AMoss@ggfirm.com on

23 May 23, 2023 at 7:14 PM (PDT) with the following documents:

24

PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE INITIATING DOCUMENTS - 2
Case No. 2:23-cv-00576-MLP\ 63009-001 \ 103526964

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

        a.        Civil Cover Sheet

        b.        Complaint

        c.        Korean Translation of the Complaint

        d.        Order Granting Motion for Alternative Service

        e.        Summons to Mr. Park

        f.        Korean Translation of the Summons to Mr. Park

        g.        Report on Copyright

        h.        Nexon's Corporate Disclosure Statement

4. I hereby confirm that I did not receive any error notices or bounce back notifications to any of the service emails referenced above.

5. I also attempted to serve the defendants at the below social media handles. However, upon information and belief, the defendants have disabled receipt of direct messages from me to those handles on the designated social media and thus service via those alternative means was not successful.

        a.        I attempted to serve Ironmace by direct message to "@IronmaceGames" on Twitter, but was informed that "@IronmaceGames can't be messaged."

        b.        I attempted to serve Mr. Choi by direct message to "@sdf_" on Twitter, but was informed that "@sdf_ can't be messaged."

        c.        I attempted to serve Mr. Park by direct message to "@krapst78" on Twitter, but was informed that "@krapst78 can't be messaged." I also attempted to serve Mr. Park by direct message to "Terence" and "krapst78" on Discord but was not able to because he has not accepted my friend request.

I declare under penalty of perjury under the laws of the United States of America that the

PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE INITIATING DOCUMENTS - 3
Case No. 2:23-cv-00576-MLP\ 63009-001 \ 103526964

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1  foregoing is true and correct to the best of my knowledge.

2      EXECUTED in Seoul, Korea this 30th day of May, 2023.

3

4                  ARNOLD & PORTER KAYE SCHOLER LLP

5                  By: */s/ So Min Lee*
                    So Min Lee (*pro hac vice*)

6                      Somin.lee@arnoldporter.com
                    20F, Concordian

7                      76 Saemunan-ro, Jongno-gu
                    Seoul, Korea (03185)
                    Phone: +82 2 6744-2000

8                      Fax:   +82 2 6744-2099

9                  Counsel for Plaintiff NEXON Korea Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND CASE INITIATING DOCUMENTS - 4
Case No. 2:23-cv-00576-MLP\ 63009-001 \ 103526964

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000