The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>　　　　Defendants. | NO.　2:23-CV-00576-MLP<br><br>**NOTICE OF APPEARANCE** |

**TO:**　All Parties and Their Counsel of Record

　　　　PLEASE TAKE NOTICE of the appearance in this litigation of Ironmace Co., Ltd.; Ju-Hyun Choi; and Terence Seungha Park, by and through their undersigned counsel.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

　　　　The undersigned attorneys may be contacted at the following address:

Michael E Chait
Chris J. Lindemeier
SAVITT BRUCE & WILLEY LLP
Joshua Green Building
1425 Fourth Avenue, Suite 800
Seattle, WA  98101-2272

NOTICE OF APPEARANCE - 1
No. 2:23-CV-00576-MLP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

Tel: (206) 749-0500
Fax: (206) 749-0600
mchait@sbwllp.com
clindemeier@sbwllp.com

All defenses, claims and rights are fully and expressly reserved, including without limitation defenses relating to service of process, sufficiency of process, and personal or other jurisdiction.

DATED June 16, 2023.

**SAVITT BRUCE & WILLEY LLP**

By   *s/Michael E Chait*
By   *s/Chris J. Lindemeier*
    Michael E Chait, WSBA #48842
    Chris J. Lindemeier, WSBA #55515
    1425 Fourth Avenue Suite 800
    Seattle, Washington  98101-2272
    Telephone: 206.749.0500
    Facsimile:  206.749.0600
    Email: mchait@sbwLLP.com
    Email: clindemeier@sbwLLP.com

Attorneys for Defendants

NOTICE OF APPEARANCE - 2
No. 2:23-CV-00576-MLP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 16, 2023.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 2:23-CV-00576-MLP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500