The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>Defendants. | Case No. 2:23-cv-00576-MLP<br><br>**[PROPOSED] ORDER**<br><br>[Defendants' Motion To Dismiss On Grounds Of *Forum Non Conveniens,* Declarations of Ju-Hyun Choi, Terence Seungha Park, Eung Jun Jeon and Aaron J. Moss in Support Filed Concurrently] |

[PROPOSED] ORDER
No. 2:23-CV-00576-MLP
43223-00002/4857204.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
(310) 553-3610

# [PROPOSED] ORDER

This matter comes before the Court on the Motion to Dismiss on Grounds of *Forum Non Conveniens* filed by Defendants Ironmace Co., Ltd., Ju-Hyun Choi, and Terence Seungha Park (collectively, "Defendants"). The Court, having considered the motion and the papers filed in support of and in opposition to the motion, hereby GRANTS the motion for the reasons set forth in Defendants' motion. The Court DISMISSES Plaintiff Nexon Korea Corporation's Complaint with prejudice.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2023.

_____
Hon. Michelle L. Peterson
United States District Court Magistrate Judge

Presented by:

*s/ Michael E. Chait*
Michael E Chait, WSBA #48842
Chris J. Lindemeier, WSBA #55515
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: mchait@sbwLLP.com
Email: clindemeier@sbwLLP.com

Aaron J. Moss (*pro hac vice*)
Joshua M. Geller (*pro hac vice*)
Emily G. Avazian (*pro hac vice*)
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Facsimile: 310.553.0687
Email: amoss@ggfirm.com
Email: jgeller@ggfirm.com
Email: eavazian@ggfirm.com

[PROPOSED] ORDER - 1
No. 2:23-CV-00576-MLP
43223-00002/4857204.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 22, 2023.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 2:23-CV-00576-MLP

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

43223-00002/4846046.10