UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION,<br><br>                    Plaintiff(s),<br><br>           v.<br><br>IRONMACE CO LTD et al.,<br><br>                    Defendant(s). | CASE NO. 2:23−cv−00576−TL<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:23−cv−00576−TL and bear the Judge's name in the upper right hand corner of the document.

DATED June 27, 2023

                                                                    Ravi Subramanian
                                                                     Clerk of Court

                                                                     By: /s/ Tim Farrell
                                                                            Deputy Clerk