# Exhibit A



sdf 10/12/2022 2:35 AM
Here is the rank data recorded from the Alpha test in August and the QA test in September. Please have fun.
https://docs.google.com/spreadsheets/d/1exa4kCzTKBYym1jzf1vz4gOC6yjqLYYJ34D425PlAJ0/edit?usp=sharing (edited)