# Exhibit E



**krapst78** 08/20/2022 8:50 AM
INITIAL August 19-21 ALPHA PLAYTEST - Now Open!

Thank you for your interest in Dark and Darker. Simply press the "Request Access" button on our steam store page to join the playtest!
https://store.steampowered.com/app/2016590/Dark_and_Darker/

The aim of this playtest is to test the basic mechanics and core loop of the game. We have focused on getting the most critical core components in place so you can

1. Party Up (1-3 members)
2. Fight
3. Loot
4. Die or Escape
5. Repeat

You will notice a lot of rough edges and a lack of features and content during this early test. Many QoL features such as custom keybinds, gamepad support, proper ultrawide monitor support are currently missing in the test build. We ask for your patience and understanding and rest assured that we have a ton of content, features, and polish in the works.

Due to the extreme game difficulty of Dark and Darker, we have prepared a small players guide that goes over the very basics to help you survive your first monster encounters.
https://www.ironmace.com/gameguide

The current playtest is meant to test basic online gameplay for the North America region. Players can choose from either the 'US West' or 'US East' server when entering a match. For players that party up, the party leader has the ability to choose the server. We apologize in advance for players outside of the North America region that may not have a convenient server to select at this time. For players outside of North America, please let us know where you are coming from in order to help us plan and expand our regions for future playtest.