# Exhibit F



**Breauxstorm** 04/14/2023 8:06 AM
Hi @everyone,
Thank you for your patience. We apologize for the radio silence. Unfortunately, due to our current situation we must be careful.

Rest assured that we are working around the clock to safeguard the continuance of Dark and Darker. Unfortunately, due to the complexities of our situation, especially across international lines, it is taking time to resolve the Steam situation. In order for us to keep our promise to our fans we've had to go old school this time.

To participate in the Alpha #5 Playtest please download the game client through our torrent link below.

magnet:?xt=urn:btih:dbef5dea789992fc174f245e1c4df4a1ef34d1f1&dn=Dark%20and%20Darker%20A5%20Installer&tr=udp%3A%2F%2Ftracker.openbittorrent.com%3A80%2Fannounce&tr=udp%3A%2F%2Ftracker.opentrackr.org%3A1337%2Fannounce

DO NOT GET THE TORRENT FROM ANY OTHER SOURCES, AS WE CAN NOT GUARANTEE THE INTEGRITY OF ANY OTHER LINKS! All future patches will also be distributed in this manner, and you should ONLY GET THE LINKS FROM OUR OFFICIAL DISCORD ANNOUNCEMENT CHANNEL.

Unfortunately, due to compliance with the Korean game rating regulations, we are unable to service this playtest in the Korea region. We are deeply sorry to our fans here and will do our best to include all regions in the future.

We apologize to our global fans as we were unable to complete the localizations in time for this test and had to remove them from the game.

All future news about this playtest will be communicated only through this Discord channel and our official Twitter account at @IronmaceGames. Please note that all other twitter accounts are NOT official IRONMACE accounts. We hope to see you in the dungeons until the 19th!