# Exhibit G

| | |
|---|---|
| **From:** | DMCA |
| **To:** | Blackburn, James S. |
| **Cc:** | DMCA |
| **Subject:** | DMCA Counter-Notice/Dark and Darker/Ironmace |
| **Date:** | Thursday, April 20, 2023 6:37:28 PM |
| **Attachments:** | Ironmace - Counter Notification re Dark and Darker to Valve.pdf |

External E-mail

Hello,

On behalf of Ironmace, Attorney Aaron Moss has filed a counter-notice against your copyright complaint, requesting that the game be reinstated.  In accordance with our policy, you have 10 business days to file a legal complaint with the U.S. Federal District Court for the judicial district in which the defendant's address is located (or if the defendant is located outside the United States, the Federal District Court for Western Washington https://www.wawd.uscourts.gov/, where Valve is located).  If we do not receive a copy of the legal complaint within the 10-business-day period, we will reinstate the content.  We are providing you with the contact information for Aaron Moss so that you can address the matter directly with them.  *A copy of the notice is attached to this email.*

Per 17 U.S.C. sec. 512 of the Digital Millennium Copyright Act (DMCA Safe Harbor provisions), Valve has fulfilled its role in this copyright complaint.

Regards,
DMCA Team
Valve Corporation