# Exhibit I

# Welcome to
# Dark and Darker

This is the beginning of this server.

April 4, 2023

 **Graysun**  04/04/2023 4:27 PM

Welcome to the official Dark and Darker Discord server. Please use this server to mainly discuss the development of the game and to help party up with other adventurers. Please bear in mind the server rules below:

**Dark and Darker Rules**
[1] - Be polite when communicating in our community, try not to create any conflicts. Refrain from discussing politics, religion and other similar controversial topics.
[2] - Insults against others, be it direct or hidden/veiled, are prohibited. This includes (but is not limited to) comments made against ones intelligence or skill, and also includes slander (a false spoken statement damaging to a person's reputation).
[3] - Hate speech, abusive or threatening speech, against an individual or a group, will not be tolerated. Discrimination against a particular race, sex, religion, political alignment, etc. will not be tolerated. Provoking others to such acts is also not allowed.
[4] - No NSFW content.
[5] - No spam or self-promotion. During mass spam-attacks, instant bans will be handed out for those that partake in it. Self-promotion of your video content is allowed in the #share-content channel.
[6] - No bots or alts or impersonating staff.
[7] - Messages should be kept to English for moderation purposes, except in specified language channels.
[8] - Please follow staff instructions at all times. The moderation team reserves the right to ban/mute any user from the community if they feel it is in the best interest of the server.
[9] - Links are only allowed to be shared from trusted sources: YouTube, Twitch, Reddit, Imgur and other sources that are deemed trusted by a Warden. If your link does not fall within these requirements then it will be removed. Please contact a Warden for any special requests to share links of fan-made content from a source not listed.
[10] - Sharing any information that is data-mined from the game is prohibited. Also, please do not discuss the formation or participation in private servers.
[11] - Do not discuss moderation in public. Moderation decisions are final and are not to be discussed in the community channels. If you take issue with the way a moderator has handled a situation, please DM @Graysun or a @Tavern Master regarding your concern.
[12] - Abuse of the LFG channel in order to team-kill fellow players is bannable.
[13] - Please do not ping the developers unless it is an urgent situation, during a specific event (such as dev Q&A), or to send appreciation.
[14] - Directly sending staff members or moderators hateful messages is a bannable offense.
[15] - Please do not private message IRONMACE staff specifically about in-game related questions, we prefer that players figure out the mysteries of Dark and Darker themselves (this rule