# Exhibit K



# Dark and Darker Discord Q&A with Ironmace Dev. SDF

## Mar 5, 2023

[Entire Q&A click here!](#)

Transcribed by:  SoBaD Strange#8529
Document formatting: Official Discord Warden nes#0115

**Q:** **Is B1 planned for the upcoming playtest?**
**A:** Ruin will be playable in this playtest.

**Q:** **What's the biggest feature being tested in the next playtest?**
**A:** We're going to try to make sure that the 3 floor works the way we want it to.

**Q:** **Will we see the introduction of quests in April?**
**A:** Quests are likely to be excluded this time.

**Q:** **What was your most interesting fact that you learned and have acted upon since the last playtest?**
**A:** That the Goblin Cave worked well as we thought.

**Q: Are there plans to add a friends list / integrate the Steam friends list?**
**A:** We have a plan, but it's a low priority.

**Q: What are your plans for monetization features?**
**A:** A monetization model that players can understand.

**Q: Is there a possibility of the early access being released directly after the next playtest is over?**
**A:** After the next playtest, Early Access is pretty close.

**Q: Was the Goblin Cave considered a successful experiment?**
**A:** It was successful in its own way.

**Q: Highroller for solo mode next playtest?**
**A:** Well, nothing has been decided yet.

**Q: Are you going to expand the single player system now that 32 players will be available as well?**
**A:** As of the current plan, the capacity for admission will not be 32.

**Q: Do you plan to add Duo maps?**
**A:** No

**Q: Will you be keeping some form of leaderboard for people to grind for when early access is released?**
**A:** As always, the leaderboard is provisionally provided for playtesting purposes. Nothing has been decided.

**Q: Have you thought about creating a new stat, constitution? To make strength less powerful**
**A:** It's an interesting idea, but I'm going to stick with it for now.

**Q: Any word on the unused assets/animations for all them demons and that fuzzy spider?**
**A:** Those are NPCs that are likely to be developed in the future.

**Q: Have you guys ever thought about adding a PvE only mode? For those casual players that just want to roleplay and have fun with their friends, in a completely separate loot table from the PvPvE servers?**
**A:** There are currently no plans.

**Q: Would you guys go with a smaller hitbox race such as a dwarf at any point?**
**A:** We left it open for experimentation in the form of "Race". The Race, which has a small hitbox like the Dwarf, is something to test out. However, if this breaks the balance too much, I will remove it. However, this experiment will be possible in the very distant future.

**Q: Mobs for Outdoorsy map would be like what :)? Tree ents, Fairies, gnolls etc? What types should we look forward to seeing?**
**A:** Perhaps the monsters you can meet in the ruins hidden in the forest.

**Q: How high on the priority list is implementing the talents tree?**
**A:** It's still a low priority until we've developed enough Perks and Skills, etc.

**Q: Any hints at what is going to be changed for Wizard for the next play test?**
**A:** Wizards won't have major changes other than a few balance tweaks.

**Q: Can we have a separate looking for group lobby for High Roller, I consistently get invited to NM groups while trying to find a HR group.**
**A:** That's a good idea

**Q: Have you considered monsters having more randomized spawns instead of preset, fixed spawns every time?**
**A:** It's already designed to do that. After the basics are done, we'll take care of that.

**Q: Are there any up and coming rogue changes? If so, what can we expect?**
**A:** Our current plan is to put more fun features into Rogue.

**Q: This has probably been answered but if I'm not mistaken EA is pretty much after the end of next playtest?**
A: It will not immediately follow the end of the playtest.

**Q: I am an asian player, everyone knows that cheating is a serious problem in Asia. Do you have a solution?**
A: We plan to test some more features to defend against cheaters. There are things we want to try on the gameplay side of things other than simply making cheats not work.

**Q: Will there be improvements made to the trade system to increase the efficiency of trading for individuals as well as between players?**
A: We intend to continuously improve the trading system.

**Q: Are we able to see a new boss in the next playtest? It seems like everyone has already figured out the current one.**
A: It's not in the plan. Existing bosses can be tuned a little more.

**Q: Is there a new character confirmed? If so, what character?**
A: Bard. However, it is unknown when it will be released this time.

**Q: Will drop rarity pace be the same in next pt?**
A: It won't be the same.

**Q: Does Monetization include anything like a battle pass or cosmetic shops?**
A: This is difficult to answer as it has not yet been fully decided.

**Q: Do you have a fast open plan?**
A: Sorry. Doesn't exist. Sufficient development time is always needed

**Q: Do you plan on releasing more maps in the future?**
A: We plan to continue adding dungeons.

**Q: Will there be scheduled wipes after the full release of the game?**
A: Yes. It will be wiped periodically.

**Q: Any plans to make different types of rogue poisons? For example, a poison that reduces player healing or slows?**
**A:** Of course.

**Q: With the success of solo mode / Goblin Caves is the intention still to balance the game mostly around group play (3v3)?**
**A:** First of all, I'm not thinking deeply about balance at this point. Development of the player class is still in the early stages.

**Q: Will there be more time in the pre game lobby to test out stats? If not will there be a practice lobby in upcoming test?**
**A:** Not yet.

**Q: Will Solo Only maps, like the Goblin Caves, continue to be a thing?**
**A:** Well. I can tell you that The Goblin Cave will be present in the next playtest.

**Q: What is your plan to not end up how tarkov is now with all the cheaters?**
**A:** Fighting cheaters is our destiny and one of our biggest challenges. It is impossible to 100% defend against cheaters in FPS games, but we will not spare any investment in defending against this.

**Q: Can we expect to see changes in the player/npc and player/player collision?**
**A:** I'm not sure if I understood correctly, If this is about the collision between the two characters walking and bumping into each other, we have no intention of changing that at the moment.

**Q: Is there any possibility that the new items (using "magical interaction speed") that should allow any class to use " tiny spells", being released in the next playtest?**
**A:** Most likely.

**Q: Any plans to add a backpack to gather more loot in dungeons or extra stash tabs?**
**A:** We are going to experiment with the backpack system, but not right now.

**Q: Are pocket slots gonna be useful this next playtest?**
**A:** If pocket slot refers to the currently empty slot on the bottom of the backpack, not this time.

**Q: Did you all feel that the Unique Artifact weapons were balanced from the high roller bosses?**
**A:** Balance is not always a big consideration. Fun comes first and it was fun enough.

**Q: Can you give us a little hint about Bard class playstyle?**
**A:** Play music with your instrument. Musical instruments are played directly by the player through control. The result will depend on how the player plays.

**Q: The topic of monetization in Dark and Darker has been a very heavily discussed one in the discord over the last several weeks and has led to a lot of arguing and speculation. It would help a great deal if we had some sort of an idea of possible examples of what monetization might look like, or what it might NOT look like.**
**A:** It's hard to say right now because we haven't fully decided either.

**Q: Any plans to add more dynamic environmental pitfalls to the existing maps to give players another way to kill players? Like loose boulders, ability to push over bookcases, or more environment type obstacles?**
**A:** Of course. We plan to focus a little on that side this time.

**Q: Any New boss and content in the solo mode next playtest?**
**A:** This time we focus on a different part.

**Q: Have there been any considerations or thoughts with the wizard since the statistics and gameplay of the last playtest?**
**A:** Wizards were fun enough. However, doing meditation too often is too inconvenient when playing the game, leaving the balance, so it was adjusted as a hotfix. We knew the combination of Wizards and Barbarians was strong, but the number of Wizard players in the previous few playtests was too small, so we left it as is. Now it's going to be a little tweaked.

**Q: Any new potion or trap?**
**A:** I'm not sure, but I'm thinking of adding a little bit this time.

**Q: Ever thought about reworking a few skills that aren't used by players?**
**A:** Yes. I'm constantly thinking about it. For example, Rogue can continually use Pickpocket while Hidden.

**Q: Will lich/ghost king be in B3 next playtest, or are there plans to move them to B2 now that B1 is being introduced?**
**A:** The floors will be 1F, B1, B2. The bosses will be on the bottom floor anyway.

**Q: Will there be a map size enlargement hotkey or full map hotkey?**
**A:** About 'Map', it is planned. Priority is low.

**Q: Any idea as to Early access date and price?**
**A:** This is currently undecided. Early access won't be far off.

**Q: What nerfs and buffs should we expect in classes for the next Playtest?**
**A:** Well. I don't really like to talk about balance, but if I'm going to talk about my thoughts right now, Rogues are a bit tough these days. I want to give Rogue a more diverse and lethal play.

**Q: Any chances to have wakizashi, katanas as weapons in game?**
**A:** Well. If it suits medieval fantasy.

**Q: What are your plans on future monetization, in order to keep servers running and the like? Or do you plan on completely relying on the game sales alone?**
**A:** Game sales alone can't cover the cost of running servers on an ongoing basis. We need to generate revenue at a level acceptable to our players. There is absolutely no P2W.

**Q: Any ideas on how to make the multi-level map (i.e. Goblin Caves) more legible for a player who doesn't already know the map layout?**
**A:** That's a challenge for us too. I have some ideas, but haven't had time to experiment with them yet. Using a multi-layered map to show each one separately... etc.

**Q: Are you hiring?**
**A:** We are hiring, but hiring overseas members is very difficult. Also, there were no more seats in the office. We've made our desks closer. Now we can get closer to the members behind our backs.

**Q: Will there be a ladder system/seasonal to keep competitive aspects fresh?**
**A:** Seasons will exist and we are thinking about a ladder system. Current leaderboards force people to play too long and tire them out too easily. This approach most likely won't continue beyond early access.

**Q: How much will the game sell for in the future?**
**A:** As many people have opinions about this, we also have various thoughts. This is just my shallow thinking, I don't like it when people who buy a game first lose the value of their purchase due to excessive discount rates in the future. We will try to have a reasonable price. But it will be impossible to please everyone.

**Q: Will B1 Ruins have higher loot rates for items like bandages/healing potions/camp fires? Will it be a 10 minute map?**
**A:** The item drop in The Ruin (1F) is still under production, so nothing has been fully decided. Since the answer is not very interesting, adding a little bit of information, We're thinking of testing a fixed downstairs.

**Q: In view of Escape from Tarkov Youtuber cheater, are there better countermeasures against cheating and RMT?**
**A:** Well. First of all, We strongly oppose RMT, but We're worried about whether it's possible to completely block it. I can't speak to a Dark and Darker specific solution at this point, but we'll try our best.

**Q: Are there going to be changes for the ranger and fighter upcoming playtest?**
A: Fighters will get some new Perks and Skills. If everything goes according to plan, we will give the ranger an arrow.

**Q: Do you have any thoughts on releasing the official API? (ex: search for pvp log)**
A: I would like to add an API so that statistics sites can utilize it. Unfortunately, there is no time to develop it now.

**Q: What is the priority of making your own custom quality textures for monsters and dungeons?**
A: To make it work on low-end computers as much as possible while maintaining a pleasing quality.

**Q: Are there plans for a playable tutorial or "Training Hub" of some kind, in order to learn a weapon moveset before setting out or checking damage numbers of spells without losing them in the Tavern?**
A: I don't know if it will be like a "Training Hub", but I want to create a place where players can practice and check the amount of damage. This is unfortunately a low priority since we have to create the basics of the game first.

**Q: Will there be balancing to the barbarian class. Or are you all happy with where the class is? With the information from the previous playtest and statistics?**
A: Overall, moderately satisfied. For fun, there are parts that are intentionally left a bit strong until players discover them. There were also some unexpected parts that were too strong. These parts will be tweaked a bit. However, as new Perks and Skills will be added, another balance issue will arise.

**Q: Do you intend to have some sort of creators program to expand game marketing & reach? And if so, any idea when the plan will be implemented & what the requirements will be to join?**
A: We can't afford to think about this yet. We are still understaffed.

**Q:** Any plan to introduce an in game chat only for the group?
**A:** We had a plan, but we are at a standstill because we have a few issues to think about.

**Q:** Will there be any new types of weapons, armor or potions during this next test?
**A:** New weapons will be added. Things like one-handed crossbows, for example.

**Q:** Will you up the capacity of the gold pouch or add more slots for trades?
**A:** As mentioned before, the gold bags and gold chests are already in development, but not yet released for economic balance reasons. It's very likely that it won't be revealed this time either.

**Q:** Have you considered increasing Stash size or adding Cases like in Tarkov?
**A:** Well. This is still unknown.

**Q:** I heard rumblings about a Sling or Slingshot as an idea. Can we expect more weapon and utility items for new and existing classes in the near or distant future?
**A:** Yes. More utilities and weapons will be added. I don't have any specific plans for a slingshot, but I can't imagine not having one.

**Q:** I think most people from "non main countries" want to know if Ironmace/Steam will work with price localization, or if it will cost $30~40 dollars globally? I mean, direct conversion to the currency. Any decisions about this?
**A:** There are concerns about this. It's a bit early to say this at this stage. We ask for players' understanding.

**Q:** Will clerics get any range weapon next playtest?
**A:** Unfortunately, no.

**Q: Do you ever plan to increase team size, for a bigger map or bigger boss? or have considered it?**
**A:** It's in progress. I don't want to do something soulless and fast producing, but I also don't want to frustrate players by being too slow.

**Q: Will you ever release droprate / spawnrate data for different item rarities?**
**A:** If the players want it and we're ready. However, it seems that a lot has already been revealed by reversing (Data-Mining).

**Q: What about the Bard for the next playtest?**
**A:** The bard is definitely in development. I can't be sure.

**Q: Is there anything you, as a developer, are personally excited about/looking forward to?**
**A:** There are so many things I want to write that I can't write them all. To put it simply, I hope that the day will come when players can enjoy the stories and tales of Dark and Darker that are currently being prepared.

**Q: Do you know about valorant's anti-cheat Vanguard is very powerful for anti-cheater, maybe you can learn from it?**
**A:** I won't say we can do it as well as they do, but it is possible for us to create very powerful security modules that work at the kernel level. But hackers are also very strong, so they too will come and fight at the same level. Therefore, It's not omnipotent.

**Q: Are your words under "about us" on your official website coming from the heart?**
**A:** It is our foundation and the path we walk will prove it.

## Parting Words from SDF:

It took me a long time to answer because I am not familiar with English. I'm sorry I couldn't answer more questions. And I also apologize for not being able to answer questions in the language of each country.
Please understand that I am choosing English to reach as many people as possible. There will be some parts that are lacking in answers. I ask for your understanding. Please enjoy it just for fun. Thank you for always showing a lot of interest in Dark and Darker!



## About Us

We are a merry band of veteran game developers disillusioned by the exploitative and greedy practices we once helped create. We are experts who have worked on many of the biggest hits in Korea.

We've seen first hand how corporate game companies sell their soul for the easy payday. We are disappointed to see them doubling down on more and more exploitative practices, becoming more like casinos instead of bringing joy to gamers.

We're fighting to win back the hearts of gamers around the world. We believe that by creating games with soul, and by respecting our users we can usher in a renaissance of awesome video games direct from Korea.