# Exhibit M

Try our new Sour Watermelon Fruit Fueler!

   











# DARK AND DARKER LIMITED EDITION COLLECTOR'S BOX

8 reviews

From the depths of the dungeons comes the Dark and Darker Limited Edition Collector's Box! This badass Box Set will boost your morale and keep your senses sharp as you

Try our new Sour Watermelon Fruit Fueler!

   0

Each Collector's Box Contains:

- One (1) Tub of Dark Roast Cold Brew Coffee
- One (1) Bag of Darker Roast Whole Bean Coffee
- One (1) Limited Edition Dark and Darker x Madrinas Coffee Handcrafted Novelty Tankard
- One (1) Collector's Edition Box

**\*The included tankard is recommended to be hand-wash only**
**\*\*This is a PRE-SALE listing. Shipping starts in July 2023. ALL items added to order will be held until pre-sale item is ready to ship**

**Limit of 5 bundles per order.**
**Non-discountable.**

 

$49.99

SOLD OUT

Try our new Sour Watermelon Fruit Fueler!

   0

# INCLUDES LIMITED EDITION DARK AND DARKER TANKARD

## COLD BREW - 10 SERVINGS PER CONTAINER

Try our new Sour Watermelon Fruit Fueler!

   

# WHOLE BEAN - DARK ROAST

# AVAILABLE FOR A LIMITED TIME

Try our new Sour Watermelon Fruit Fueler!

   

Try our new Sour Watermelon Fruit Fueler!

    



## ABOUT DARK AND DARKER

Dark and Darker is an unforgiving hardcore fantasy FPS dungeon PvPvE adventure. In the game, players band together with their friends and use courage, wits and cunning to uncover mythical treasures and defeat gruesome monsters, while staying one step ahead of other devious treasure hunters. The game is developed by IRONMACE, a merry band of veteran game developers headquartered in Seoul, South Korea.

**LEARN MORE**

Try our new Sour Watermelon Fruit Fueler!

SHOP                                                                    0



Stir powder in the tub before scooping.



Add one scoop to 13 ounces of ice-cold water.



Shake well (Pro tip: Add a few ice cubes to your shaker cup)!



Fuel all the way up & enjoy your #coffee4fuel!



## ADD MORE FLAVOR



Try our new Sour Watermelon Fruit Fueler!






0



# GUILD WARS 2 LIMITED EDITION

COLLECTOR'S BOX

$32.99



Try our new Sour Watermelon Fruit Fueler!

   



# DARK CHOCOLATE SALTED CARAMEL

COLD BREW COFFEE

$19.99



7/7/23, 10:17 AM                    Case 2:23-cv-00576-TL   Document 39-13   Filed 07/10/23   Page 12 of 14
                                    Dark and Darker Limited Edition Box Set | Madrinas x Dark and Darker

Try our new Sour Watermelon Fruit Fueler!

                                                



# MADRINAS SEA OF THIEVES BUNDLE

BUNDLE

$39.99

# CUSTOMER REVIEWS

★★★★★
Based on 8 reviews

Search reviews

Try our new Sour Watermelon Fruit Fueler!



|  | ★★☆☆☆ |  | 0% |
|---|---|---|---|
|  | ★☆☆☆☆ |  | 0% |



Highest Rating ▼

---

R    ★★★★★    07/06/2023
**R.L.**

**wow such coffee**
delicious, smooth, and included a printed game key

---

M    ★★★★★    06/30/2023
✓ Verified    **MrFluffyKittyWhiskers**

**Still have no received product**
Sadface

> \>> **madrinascoffee.com** replied:
> Hello! We would like to emphasize that our Dark and Darker Limited Edition Collector's Box is currently in the pre-sale phase, as stated on the product listing description. Please note that all orders containing Dark and Darker pre-sale products are scheduled to start shipping in late July 2023. If you have any additional questions or concerns please feel free to reach out to our customer service team directly at support@madrinascoffee.com

---

H    ★★★★★    05/20/2023
✓ Verified    **Hunter bralish**

**UBER HYPE!!**
here to support the best game ever!

---

J    ★★★★★    05/19/2023
**J.J.**

**Dark coffee for darker days**
I cannot believe I actually bought it. Hold the line!

---

N    ★★★★★    05/19/2023
**N.B.**

**Its so good its sold out**

Try our new Sour Watermelon Fruit Fueler!

      0

LOAD MORE



    

© 2023 Madrinas Brands LLC

| | |
|---|---|
| Your Account | Shipping |
| Terms of Service | Refund Policy |
| Contact | FAQs |
| Privacy Policy | Amazon |
| Rewards | Coffee Talk |

## STAY IN THE KNOW

Sign up for our email newsletter and be the first to know about exclusive offers!

| Email Address | SUBMIT |