**Exhibit A**

**From:** Ju-hyun Choi [sdf] <sdf@nexon.co.kr>
**Sent:** Tuesday, May 11, 2021 3:29 PM
**To:** Daehwon Kim [daehwon] <daehwon@nexon.co.kr>
**Cc:** _HQ New Production [New-production-HQ] <New-production-HQ@nexon.co.kr>; _ New Production Directors [New-production-group] <New-production-group@nexon.co.kr>; _Development Strategy Planning [devstrategyplanning] <devstrategyplanning@nexon.co.kr>; _New Production All Leaders [New-Production-All-Leaders] <New-Production-All-Leaders@nexon.co.kr>
**Subject:** RE: Regarding P3 Project Stages

Okay, Daehwon.
I will get things prepared with November as the target deadline.

Oh, also, what is your opinion on maintaining the code name as P3?
With a change in the code name, there are many other things to change, such as the source code/documentation, etc., and may lead to a waste of resources and some confusion.

Please advise.

**From:** Daehwon Kim [daehwon] <daehwon@nexon.co.kr>
**Sent:** Tuesday, May 11, 2021 3:20 PM
**To:** Ju-hyun Choi [sdf] <sdf@nexon.co.kr>
**Cc:** _HQ New Production [New-production-HQ] <New-production-HQ@nexon.co.kr>; _ New Production Directors [New-production-group] <New-production-group@nexon.co.kr>; _Development Strategy Planning [devstrategyplanning] <devstrategyplanning@nexon.co.kr>; _New Production All Leaders [New-Production-All-Leaders] <New-Production-All-Leaders@nexon.co.kr>
**Subject:** Regarding P3 Project Stages

Dear Ju-Hyun,

We will consider prototyping done and now entering pre-production for P3.

Accordingly, I will start accumulating development costs.

However, for ROOT unit projects, taking into consideration the characteristics of the project, please note that they will remain as ROOT unit teams.

Nevertheless, I would like to give the project its own name.
We can name it.
For now, please create a project code for the team other than P3, like we did for DR.

Also, please move quickly so that it could be released to the public via early access this November.
I take it that the team under Ju-hyun Choi also feels the need for a prompt release.

Please also take this into account when coming up with the schedule that you will be sharing.

Wishing you all the best~!

**From:** 최주현 [sdf] <sdf@nexon.co.kr>
**Sent:** Tuesday, May 11, 2021 3:29 PM
**To:** 김대훤 [daehwon] <daehwon@nexon.co.kr>
**Cc:** _HQ 신규개발 [New-production-HQ] <New-production-HQ@nexon.co.kr>; _신규개발본부디렉터그룹 [New-production-group] <New-production-group@nexon.co.kr>; _개발전략기획 [devstrategyplanning] <devstrategyplanning@nexon.co.kr>; _신규개발본부전체리더 [New-Production-All-Leaders] <New-Production-All-Leaders@nexon.co.kr>
**Subject:** RE: P3 의 프로젝트 단계 관련

네. 대훤님.

11 월을 목표로 준비해 보겠습니다.

아, 혹시 P3 라는 코드명을 유지하는 것은 어떨까요?

코드명을 변경하면 소스코드/문서 등등 변경해야 할 것들이 좀 많아서 자원낭비 및 혼란이 좀 있을 것 같습니다.

의견 부탁드립니다.

**From:** 김대훤 [daehwon] <daehwon@nexon.co.kr>
**Sent:** Tuesday, May 11, 2021 3:20 PM
**To:** 최주현 [sdf] <sdf@nexon.co.kr>
**Cc:** _HQ 신규개발 [New-production-HQ] <New-production-HQ@nexon.co.kr>; _신규개발본부디렉터그룹 [New-production-group] <New-production-group@nexon.co.kr>; _개발전략기획 [devstrategyplanning] <devstrategyplanning@nexon.co.kr>; _신규개발본부전체리더 [New-Production-All-Leaders] <New-Production-All-Leaders@nexon.co.kr>
**Subject:** P3 의 프로젝트 단계 관련

주현님

P3 는 프로토타이핑을 끝내고 프리프로덕션에 돌입한 것으로 하겠습니다.

따라서 이제 개발비도 쌓도록 할게요.

하지만 ROOT 실 프로젝트들은 프로젝트의 성격을 고려

계속해서 ROOT 실의 팀으로 존재를 할 것이니 참고해 주십시오.

그래도 프로젝트 명은 따로 좀 붙였으면 하네요.

이름을 정해도 좋구요.

일단은 P3 가 아닌 DR 처럼 팀 차원의 프로젝트 코드명을 만들어 주시기 바랍니다.

그리고 올해 11월에는 얼리억세스로 외부에 공개를 할 수 있도록 속도를 내 주시기 바랍니다.

최주현님 이하 팀에서도 빠르게 공개를 하고자 하는 니즈가 있는 것으로 이해 하겠습니다.

곧 공유해 주실 일정 수립에도 해당 사항을 반영해 주시기 바라겠구요.

계속 파이팅 입니다~!



## CERTIFICATE OF TRANSLATION

We certify that the Korean to English translation of "Hwang – Exhibit A (Email)" is an accurate and complete rendering of the contents of the source document to the best of our knowledge and ability.

Date: July 10, 2023

1, Gwanak-ro, Gwanak-gu, Seoul, Republic of Korea

Bering Lab Inc.



_____