# Exhibit B

# [Playtest 1 (August 19 ~ 21, 2022)]



# [Playtest 2 (October 28 ~ November 2, 2022)]





## [Playtest 3 (December 16 ~ 26, 2022)]



## [Playtest 4 (Feb 6 ~ 16, 2023)]





# [Playtest 5 (April 14 ~ 19, 2023)]

