# Exhibit A

# CURRICULUM VITAE

Kwang Hyun SUK

born Seoul, Korea, September 6, 1956

admitted to bar, Korea, August 1981

**Legal Education**

College of Law, Seoul National University (B. Jur., 1979)

Judicial Research and Training Institute of the Supreme Court of Korea (Completed, 1981)

Master of Laws, Seoul National University (Completed, 1981)

Albert-Ludwigs-Universtät Freiburg in Germany (LL.M. 1991)

Graduate School of Law, Seoul National University (Doctor Jur., 2000)

**Career**

Military judicial officer in the Navy (1981–1984)

Member of Kim & Chang, law firm in Korea (Sep. 1984–Feb. 1999)

Trained at the Linklaters & Paines law firm, UK (First half of 1991)

Professor/Associate Professor of Hanyang University, College of Law for International

Business Transactions Law and Private International Law (Mar. 1999–Sep. 2007)

Consultant of Kim & Chang (Sep. 1999–Feb. 2007)

Professor of Seoul National University, College of Law for International Business Transactions Law and Private International Law (Oct. 2007–Feb. 2009)

Professor of School of Law, Seoul National University for International Business Transactions Law, Private International Law and International Civil Procedure Law (Mar. 2009-Feb. 2022)

Visiting Professor of School of Law, Inha University (since Mar. 2022)

Counsel of the Korean Delegations to various Hague Conference on Private International Law, UNCITRAL and UNIDROIT Projects (1997–2007)

**Association**

President of the Korea International Trade Law Association (2013–2015)

President of the Korea Private International Law Association (2018-March, 2022)

**Languages**

Korean, English, and German

**List of Publications**

**Publications in Korean**

Articles

**Private International Law – Overview**

**Overview**

The Task of the Study of Private International Law in Korea, Korea Private International Law Journal, Vol. 22, No. 2 (Jun. 2016)

General Problems of the Revised Private International Law Act, Korean Lawyers Association, Vol. 50, No. 5 (Total Vol. 536) (May 2001)

Overview of Private International Law Act for Jurists handling International Transactions, Lawyers—Collection of Research Papers of Members collection of dissertations, Seoul Bar Association (2004)

70 Years of Research on International Business Transactions Law and Private International Law by College of Law, Seoul National University, Independent Volume, Seoul Law Journal, Vol. 58, No. 1 (Mar. 2017)

Changes and Prospects in 70 Years of Private International Law Act in Korea, Collection of Commemorative Papers to Mark Late Professor Jeung Han KIM's 30th Anniversary (2018)

The Influence of the Constitution on the Private International Law, The Justice (Total Vol. 170-3) (Feb. 2019, Special Edition II of International Association of Korean Lawyers)

**General Provisions**

Law Applicable to Maritime Lien on Ships with a Flag of Convenience and Application of the Exception Clause, Korean Journal of International Trade and Business Law, Vol 24, No. 1 (Jul. 2015)

Private International Law Issues concerning Set-off in Judicial Proceedings between Claims Governed by English Law, Seoul Law Journal, Vol. 57, No. 1 (Mar. 31, 2016)

**Private International Law in a Narrow Sense (Applicable Law)**

**International Business Law**

Several Issues on Applicable laws of International Contract—with a Focus on Theory of Analysis of Private International Law, Hanyang Law Review, Vol. 16 (1999)

Issues on Private International Law relating to International Guarantee without Obtaining Foreign Exchange Approval, Korean Lawyers Association (Total Vol. 459) (Dec. 1994)

Legal Theory on Revision of the Private International Law Act—Including Field of International Business Law: Overview of Revised Private International Law Act, Korea Private International Law Association, Korea Private International Law Journal, No. 4 (1999)

Consumer Protection in International Trade—with a Focus on Revised Private International Law Act, Collection of Commemorative Papers to Mark 60 years Birthday for Sang Hyun SONG: Task and Prospect of 21st-century Korean Commercial Law (2002)

Overview and Review on Court Cases on the Scope of Consumer Contracts under the Private International Law Act of Korea: With Reference to the Teleological Reduction of Article 27, Korea Private International Law Journal, Vol.

22, No. 1 (Jun. 2016)

Protection of Consumers in Disputes Arising from Internet Purchases (so-called Overseas Direct Purchase): With a Focus on the Private International Law Act, the Arbitration Act and the Standard Terms and Conditions Regulation Act, Seoul Law Journal, Vol. 57. No. 3 (Total Vol. 180) (Sep. 2016)

International Employment Contract and Protection of Workers—with a Focus on Revised Private International Law Act, Journal of Labour Law, No. 13 (Dec. 2001)

The Similarities and Differences of KPILA and CPILA, Legal Research Institute Chonbuk National University (Total Vol. 31) (Dec. 2010)

Law Applicable to Employment Contract between Two Koreans Entered into in Japan, Study on the Civil Law Cases, Vol. 31 (Feb. 2009)

Protection of Commercial Agents in International Transactions—Scope of Application of Article 92-2 of the Commercial Code, Korean Lawyers Association Journal (Total Vol. 592) (Jan. 2006)

Law Applicable to International Assignment of Claims, Korean Journal of International Trade and Business Law, Vol. 15, No. 1 (2006)

Laws Applicable to International Construction Contracts Using FIDIC Conditions and their Practical Consequences, JURIS, No. 29 (Sep. 2014)

Comparison between the FIDIC Conditions and the "General Conditions of the Standard Construction Contracts between Civil Parties" used in Korea, Korean Journal of International Trade and Business Law, Vol. 25, No. 1 (Jul. 2016)

Comment on a Lower Court Judgment Dealing with Law Applicable to International Acquisition Agreement — Are the Provisions of the Korean Commercial Code Requiring Resolution of Special Shareholders' Meeting Internationally Mandatory Rules?, Kyung Hee Law Journal, Vol. 53, No. 2 (Jun. 2018)

The Principle of Party Autonomy and its Limits in Determining the Law Applicable to an International License Agreement: including the Issue of Formation of a License Agreement through a FRAND Declaration, Korea Private International Law Journal, Vol. 24, No. 1 (Jun. 2018)

**International Trade and Terms and Conditions**

Application of the Act on International Trade and Regulation of Terms and Conditions, Korea Private International Law Journal, No. 9 (Dec. 2003)

The General Contract Terms Control Act of Korea and Its Application to Hull Insurance Contract between Two Korean Companies Governed by English Law, Justice (Total Vol. 149) (Aug. 2015)

**International Corporate Law**

Several Issues on International Corporate Law—with a Focus on Major Issues on the Practice of International Trade, Seoul Bar Association, Lawyers—Collection of Research Papers of Members—Vol. 30 (2000)

**International Intellectual Property Law**

Korea's International Adjudicatory Jurisdiction on Disputes over International Intellectual Properties, Lawyers, Vol. 35—Collection of Research Papers of Members (Seoul Bar Association, 2005)

Issues on Resolving Disputes over International Intellectual Properties—with a Focus on Private International Law Issues, Hanyang Law Review, Vol. 17 (2000)

Law Applicable to Infringement of Foreign Intellectual Properties, Case Study of Seoul Bar Association, Vol. 23 (1) (Sep. 2009)

Disputes on Intellectual Property Rights and Private International Law Act: with a Focus on ALI Principles (2007) and CLIP Principles (2011), Study on the Civil Law Cases, Vol. 34 (2012)

**International Non-Contractual Obligations Law**

The Law Applicable to Obligations to Return Provisional Payments Resulting from Termination of Declaration of Provisional Execution, Legal Research Institute Chonbuk National University, Vol. 51 (Feb. 2017)

A Brief Study on Decision on Applicable Law of Illegal Action of Private International Law Act—Relating to the Scope of Application of Private International Law Act on the Occasion of the Supreme Court Judgment on Common Personal Law, Korean Lawyers Association Journal (Total Vol. 456)(Sep. 1994)

Issues on International Law relating to International Product liability, Ministry of Justice, International Trade Law (Total Vol. 5) (Oct. 1995)

Compensation of Damage resulting from Forced Labor during Japanese Colonial Era and the Law Applicable to Wages Claim, Seoul Law Journal, Vol. 54, No. 3 (Sep. 2013)

E-Commerce & International Trade Law International E-Commerce and Dispute Resolution— with a Focus on Applicable Law, Ministry of Justice, Internet Law Journal, No. 2 (Sep. 2000)

International Adjudicatory Jurisdiction and Applicable Law in the Internet Era, Hyo Sun NAM & Sang Jo Jong (co-authors), Internet Law Journal (2002)

**International Financial Transactions Law**

Practical and legal problems of overseas borrowing (including local finance), Korean Commercial Law Association, Commercial Law Review, Vol. 17, No. 2 (1998)

International syndicated loan transaction and bankruptcy of a major bank, in Study on the Civil Law Cases, Vol. 25 (2003)

Practical and Legal Problems of issuing Foreign Bonds by Korean Companies—with a Focus on the Problem of the Scope of Applying Korean Laws when issuing Eurobonds, Korean Journal of International Trade and Business Law, Vol. 6 (1997)

Some Legal Uncertainties Concerning Overseas Issuance of Securities by Korean Companies and Proposal for Improvement, Korean Journal of Securities Law, Vol. 3, No. 2 (2002)

Convention on International Interests in Mobile Equipment, Korean Research Institute of International Commerce & Law, International Commerce & Law Review, Vol. 13 (Commemorative edition to Mark the Retirement of Dr. Young Hwan Yang) (2000)

Convention on International Interests in Mobile Equipment and Protocol on Matters specific to Aircraft Equipment, Korean Journal of International Trade and Business Law, Vol. 12 (Dec. 2004)

International Financial Transactions and Private International Law, BFL, No. 4 (Mar. 2004)

Trusts of International Finance and Private International Law, BFL, No. 17 (May 2006)

UNCITRAL's Convention on the Assignment of Receivables in International Trade—Overview of Convention and Implications of Civil Law and Act on Asset Securitization, International Trade Law (Total Vol. 45) (Jun. 2002)

Legal Issues on Swap, in Study on the Civil Law Cases, Vol. 23 (2001)

Issues on Clean Cut System of Financial Derivatives Transactions and Amendment of Insolvency Law, Korean Journal of International Trade and Business Law, Vol. 8 (1999)

An Introductory Study on Issue of Private International Law caused by Internationalization of Capital Markets such as Dual Listing, Korea Private International Law Journal, Vol. 20, No. 2 (2014)

The Application of Foreign Exchange Control Law and Other Internationally Mandatory Rules of Third Countries in International Financial Transactions: including Article VIII 2(b) of the Articles of Agreement of the International Monetary Fund, Korea Private International Law Journal, Vol. 26, No. 1 (Jun. 2020)

**International Trade**

A Study on the Passing of Property in an Import Cargo, International Trade Law (Total Vol. 51) (Jun. 2003)

Several Issues regarding Bill of Exchange issued in International Trade, Seoul Bar Association, Lawyers—Collection of Research Papers of Members—Vol. 33 (2003)

United Nations Convention on Contracts for the International Sale of Goods (CISG)

Several Issues regarding Accession to CISG, Seoul Bar Association, Lawyers—Collection of Research Papers of Members—Vol. 32 (Jan. 2002)

Accession to CISG and Acceptance according to Korean Law, Commercial Law Review, Vol. 21, No. 2 (Jun. 2002)

Fundamental Breach of Contract under the United Nations Convention on Contracts for the International Sale of Goods, Hanyang Law Review, Vol. 23, No. 2 (Oct. 2006)

Commentary on Some Korean Court Cases on the United Nations Convention on Contracts for the International Sale of Goods, Korean Journal of International Trade and Business Law, Vol. 20, No. 1 (Jul. 2011)

UN Convention on Contracts for the International Sale of Goods (CISG) and Private International Law, Seoul Law Journal, Vol. 50, No. 3 (Total Vol. 152) (Sep. 2009)

Several Issues on Damages under a Sales Agreement governed by the CISG: Scope of Application of Uniform Substantive Law relating to Currency and Standard of Proof and Gap-filling, in Korean Journal of International Trade and Business Law, Vol. 27, No. 1 (Jul. 2018)

**International Credit Transaction**

Legal Status of Banks in Credit Transaction—Legal Relations in Currency Exchange Credit Transaction, Hyo Sun NAM & Jae Hyung Geum (co-authors), Lecture on Financial Transaction Law II (2001)

Purchase and Payment of Deferred Payment Letter of Credit before Maturity, Study of Court Cases, Vol. 17 (last

volume) (Seoul Bar Association, Jan. 2004)

Effectiveness of Non-Documentary Conditions in the Letter of Credit, International Commerce & Law Review, Vol. 22 (Feb. 2004)

Brief Study on Principle of International Credit Transaction and Fraud—with a Focus on Legal Principles of Korean Law, Hanyang Law Review, Vol. 21 (Oct. 2004)

Litigation and International Adjudicatory Jurisdiction against Foreign Bank, an Issuing Bank for Credit—Regarding Supreme Court Judgment 98Da35037 dated Jun. 9, 2000, Seoul Bar Association, Lawyers—Collection of Research Papers of Members—Vol. 31(2001)

Applicable Law of Legal Relations in Currency Exchange Credit Transaction, Human Rights and Justice of Korean Bar Association (Total Vol. 218) (Oct. 1994)

**International Antitrust Law**

Extra-territorial Application of Korea Anti-Monopoly and Fair Trade Act, Study of Court Cases, Vol. 21, No. 2 (2007)

The Scope of International Application of Economy Law: With a Focus on Extra-territorial Application of Korea Anti-Monopoly and Fair Trade Act and Consumer Protection in International Transaction, Corporate Law in Era of Globalization, Collection of Commemorative Papers to Mark the Retirement of Scholar Gi Su LEE (2010)

**International Marine Insurance Law**

Issues on Private International Law relating to English Law and Practice Clause under Contract of Marine Cargo Insurance—Case Comments on Supreme Court Judgment 90DAKA25314 dated May. 14, 1991: Including Overview of Supreme Court Judgment 96Da39707 dated Jul. 14, 1998, General Insurance Association of Korea, General Insurance No. 12 (1993)

The Scope of Matters Governed by English Law and Practice Clause under Marine Cargo Insurance Policy—Supreme Court Judgment 96Da39707 dated Jul. 14, 1998, Case Study of Seoul Bar Association, Vol. 15 (last volume) (2001)

Private International Law Issues of English Governing Law Clause in Marine Cargo Insurance Contracts: Focusing on Difficulties arising from Dépeçage of Governing Law (Partial Designation), Journal of Korea Maritime Law Association, Vol. 45, No. 1 (Apr. 2023)

**International Maritime Law**

Several Issues on Applicable Laws of Billing of Lading—An Introduction to Contract Act on International Carriage of Goods by Sea, Korean Lawyers Association, No. 4 (Total Vol. 511)(Apr. 1999)

Issues on International Choice of Court Agreement Law by Billing of Lading — Supreme Court Judgment 96Da20093 dated Sep. 9, 1997, Case Study of Seoul Bar Association Vol. 16 (last volume (2003)

Incorporation of Arbitration Clause under Voyage Charterparty into Charter Party Bill of Lading — Supreme Court Judgment 2000DA70064 dated Jan. 10, 2003, Hanyang Law Review, Vol. 22, No. 1 (Jun. 2005)

Several Issues on Marine Private International Law—with a Focus on Applicable Law, Journal of Korea Maritime Law Association, Vol. 31, No. 2 (Nov. 2009)

Applicable Law of Maritime Lien and Claim Secured (wage bond for sailors), Study of Court Cases, Vol. 22 (1) (Seoul Bar Association, Aug. 2008)

Time Limits for Enforcing Maritime Liens over Foreign Vessels in Korea: Characterization and Applicable Law, Korea Private International Law Journal, Vol. 25, No. 2 (Dec. 2019)

**International Cultural Property Law**

Some Issues on Korea's Accession to the UNIDROIT Convention on Stolen or Illegally Exported Cultural Objects, Korea Private International Law Journal, No. 15 (2009)

The Role of the Private International Law and the Cultural Property Protection Act of Korea as Means of Protecting Cultural Property from International Illicit Transactions and the Proposal for Improvement, Seoul Law Journal, Vol. 56, No. 3 (Sep. 2015)

Comment on the Judgment of the First Instance which ordered Return of the Korean Buddhist Statue stolen from the Tsushima Island: Issues on International Cultural Property Law, Korea Private International Law Journal, Vol. 22, No. 1 (Jun. 2017)

Korea's Efforts and Role in Preventing Illicit Trafficking of Cultural Properties: Including Discussions on the Concept of Cultural Properties and Cultural Heritage, Korea Private International Law Journal, Vol. 26, No. 2 (Dec. 2020)

**International Civil Procedure Law**
**Jurisdiction—State Immunity**

Exercise of Civil Jurisdiction over Foreign Country and Sovereign Immunity—Comment on Supreme Court Judgment 97Da39216 dated Dec. 17, 1998 that accepted Limited Sovereign Immunity, Korean Lawyers Association (Total Vol. 531) (Dec. 2000)

International Adjudicatory Jurisdiction Basic Theory of International Adjudicatory Jurisdiction—Implication of Supreme Court Judgment 2002Da59788 dated Jan. 27, 2005 on Domain Name, Hanyang Law Review, Vol. 22, No. 2 (Dec. 2005)

International E-Commerce and Dispute Resolution— with a Focus on International Adjudicatory Jurisdiction, Internet Law Journal, First Issue (Jul. 2000)

Internet and International Adjudicatory Jurisdiction, Studies on Internet Law, No. 2 (Apr. 2003) International Adjudicatory Jurisdiction of Internet Transactions and Targeted Activities, Internet & Laws (III) (2010)

Japan's Legislative Status and Korea's Legislative Direction on International Adjudicatory Jurisdiction with a Focus on Interim Proposal, in Korea journal of International Litigation and Arbitration, No. 1 (Hanyang University, 2010)

Codification of Rules on International Adjudicatory Jurisdiction in Korea, Korean Journal of International Trade and Business Law, Vol. 21, No. 2 (Dec. 2012)

Review and Prospect of the 20th Anniversary of Foundation of Korea Private International Law Association; Legislation and Precedents concerning Recognition and Enforcement of International Adjudicatory Jurisdictions and Foreign Judgments, Korea Private International Law Journal, Vol. 20, No. 1 (Jun. 2014)

Rules on International Adjudicatory Jurisdiction to Adjudicate under the 2018 Draft of the Amended Private

International Law Act: with a Focus on its General Parts, Dong-A Journal of International Business Transactions Law, No. 21 (Apr. 2018)

Rules on International Adjudicatory Jurisdiction to Adjudicate under the 2018 Draft of the Korean Private International Law Act Amendment: Focus on the Special Provisions ― Dong-A Journal of International Business Transactions Law, No. 23 (Oct. 2018)

Rules on International Adjudicatory Jurisdiction in Maritime Cases under the 2018 Draft Amendment of the Private International Law Act of Korea, Journal of Korea Maritime Law Association, Vol. 40, No. 2 (Nov. 2018)

Rules on International Adjudicatory Jurisdiction in Family Case under the 2018 Whole Amendment Bill on Private International Law Act, Korea Private International Law Journal, Vol. 24, No. 2 (Dec. 2018)

Commentary on the 2019 Supreme Court Judgment that correctly applied Article 2(2) of the Private International Law Act: with a Focus on General Jurisdiction and Special Jurisdiction based upon Location of Property, Dong-A Journal of International Business Transactions Law, No. 29 (Apr. 2020)

Overview of the Rules on International Adjudicatory Jurisdiction in the Amended Private International Law, Civil Procedure, Vol. 26, No. 3 (Oct. 2022)

Various Issues of the International Choice of Court Agreement under the Amended Act on Private International Law of 2022, Kyung Hee Law Journal, Vol. 57, No. 2 (Jun. 2022)

**International Civil Procedure**

Foreign Parties in International Litigation, Seoul Bar Association, Lawyers―Collection of Research Papers of Members, Vol. 36 (2006)

Lis Pendens in International Litigation (lis alibi pendens), Case Study of Seoul Bar Association, Vol. 19 (2) (2006)

Capacity to Become a Party in Civil Lawsuit of a Plaintiff in a Lawsuit seeking Enforcement Judgment based upon a Judgment of an Australian Court, Hanyang Law Review, Vol. 37, No. 1 (Mar. 2020)

Legality and Capacity for being a Party of Foreign Company doing Main Business in Korea: Supreme Court Judgment on Foreign Corporate with Asset-Backed Securitization, in Advanced Commercial Law Review, No. 90 (Apr. 2020)

**International Judicial Assistance in Civil Matters**

Several Issues on Accession to Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Korean Branch of the International Law Association, Korean Journal of International Law, Vol. 9 (2000)

The Possible Tripartite Agreements among Korea, Japan and China in the Field of International Judicial Cooperation, Asia Law Studies, No. 2 (Sep. 2004)

Current Status of Judicial Assistance between Korea and China and the Ways of Future Improvement, Korea International Trade Law Association Journal, Vol. 23, No. 2 (Dec. 2014)

**Recognition and Enforcement of Foreign Judgments**

Recognition and Enforcement of Judgment on Foreign Country Money-Judgements, Seoul Bar Association, Seoul Bar

Association Journal [beopjo chunchu] (Total Vol. 146) (Jan. 1998)

Delivery as a Requirement for Recognition of Foreign Judgment—With Commentary on Supreme Court Judgment 92Da2585 dated Jul. 14, 1992, Korea Private International Law Association, Korea Private International Law Journal, No. 2 (1997)

Issues on Recognition and Enforcement of Judgment by US Minnesota Court ordering Compensation for Damages, especially with a Focus on Public Policy and Reciprocity—Commentary on Seoul Eastern District Court Judgment 93GAHAP19069 dated Feb. 10, 1995, Korea Private International Law Journal, No. 2 (1997)

Recognition and Enforcement of Foreign Judgments—Views on Amendment to Civil Procedure Act and Draft of Civil Execution Law, Human Right and Justice No. 271 (Mar. 1999)

Public Policy Exception and Reciprocity in the Recognition of a Foreign Judgment obtained through Fraud, Study on the Civil Law Cases No. XXVIII (Jan. 2006)

Recognition and Enforcement of Foreign Judgments: with a Focus on Judgments dated since 2001, Collection of Commemorative Papers to Mark the Retirement of President Mun Hwan Kim. Vol. 1: Frontiers of International Relations Law (2011)

Recognition of Japanese Judgments concerning Compensation of Damage resulting from Slave Labor, Korea Private International Law Journal, Vol. 19, No. 1 (Jun. 2013)

Whether to Approve Final Judgment by Japanese Court that Dismissed Claims for Compensation and Wages for Koreans Conscripted to Work during Japanese Occupation, Study of Court Cases [XI] (first volume)(Jurisdiction Development Foundation, Nov. 2014)

Reviews of Private International Law on Illegal Actions during Japanese Occupation, Revisiting The 50th Years Of South Korea Japan Agreement V (Historical Space, 2016)

Recognition and Enforcement of Foreign Judgments ordering Payment of Compensation for Damage: With a Focus on the Amendment of Civil Procedure Act in 2014 and Changes of Court Precedents thereafter, Korea Private International Journal. Vol. 23, No. 2 (Dec. 2017)

**International Family Law**
**International Family Law & International Family Litigation Act**
Candid Advice to Korean Lawyers dealing with International Family Cases, Family Law Review, Vol. 30, No. 1 (Mar. 2016)

Private International Law Issues relating to International Adoption with an Emphasis on the Special Adoption Act and the Hague Adoption Convention, Family Law Review, Vol. 26 No. 3 (Nov. 2012)

Suggestion for Legislation of International Jurisdictional Rules on Divorce or Other Marriage related Cases, in Korea Private International Law Journal, Vol. 19, No. 2 (Dec. 2013)

Trends of International Parental Authority and Guardianship Law and Korea's Future Legislation, Seoul Law Journal, Vol. 55, No. 4 (Dec. 2014)

International Jurisdiction to Adjudicate and the Law Applicable to Divorce and Partition of Patrimony between Foreign Couples, Anam Law Journal Vol. 62 (May 2021)

**International Insolvency Law**

Several Issues on International Insolvency Law, Human Right and Justice (Total Vol. 241) (Sep. 1996)

Studies on International Insolvency Law—with a Focus on Theory of Legislation, International Trade Law (Total Vol. 39) (Jun. 2001)

Validity of Judgments of US Bankruptcy Court and Territorial Principle of Bankruptcy Act, Case Study of Seoul Bar Association, Vol. 18(1) (Aug. 2004)

Cross-border Insolvency under the Act on Rehabilitation and Bankruptcy of Debtor (Consolidated Insolvency Act) of Korea, Korean Journal of International Trade and Business Law, Vol. 15, No. 2 (Dec. 2006)

Choice of Law Rules in the Cross-border Insolvency under Korean Law, JURIS, No. 4 (Jun. 2008)

Comparison between the UNCITRAL Model Law and the EU Insolvency Regulation with respect to the Recognition of Foreign Insolvency Proceedings: with an emphasis on the Hanjin Shipping case, Korean Journal of International Trade and Business Law, Vol. 28, No. 2 (Dec. 2019)

**International Commercial Arbitration Law**

Several Issues on Revised Arbitration Act—with a Focus on International Commercial Arbitration, Korea Private International Law Association, Korea Private International Law Journal No. 5 (2000)

Legal Issues on Arbitration Agreement in International Commercial Arbitration—with a Focus on Supreme Court Judgment 2004Da20180 dated Dec. 10, 2004 on Issues arising under New York Convention, Journal of Arbitration Studies, Vol. 15, No. 2 (Aug. 2005)

Applicable Law of Arbitration Agreement in International Commercial Arbitration, Hanyang Law Review, Vol. 24, No. 1 (Jun. 2007)

Law applicable to Substance of Disputes in International Commercial Arbitration—with a Focus on Interpretation of Korea's Arbitration Law, Hanyang Law Review, Vol. 23, No. 1 (Jun. 2006)

Recognition and Enforcement of Foreign Arbitral Awards under New York Convention, Essays on International Commercial Arbitration, Vol. 1 (2007)

Argument of Grounds of Claim Objection and Execution Judgment based on Foreign Arbitral Awards, Seoul Bar Association, Study of Court Cases, Vol. 20 (1) (Oct. 2006)

The Role of the Court in Arbitration, Seoul Bar Association, Lawyers—Collection of Research Papers of Members—Vol. 37 (2007)

Setting Aside of Arbitral Award in International Commercial Arbitration under the Korean Arbitration Act, Korean Journal of International Trade and Business Law, Vol. 16, No. 1 (Jul. 2007)

The Rules of International Arbitration for the Korean Commercial Arbitration Board of 2007 and Comments thereon, Seoul Law Journal, Vol. 49, No. 1 (Total Vol. 146) (Mar. 2008)

Arbitration Agreement and Anti-suit Injunction, Advanced Commercial Law Review, (Total Vol. 50) (Apr. 2010)

Recognition of Foreign Arbitral Awards obtained through Fraud and Public Policy Exception, Case Study of Seoul Bar Association, Vol. 24 (2) (2011)

Suggestions to Improve the Current Regime of Recognition and Enforcement of Foreign Arbitral Awards under Korean Law, Korea Private International Law Journal, Vol. 16 (2010)

Proposals for the Revision of the Korean Arbitration Act-with a Focus on International Commercial Arbitration, Seoul Law Journal (Total Vol. 164) (Vol. 53 No. 3) (Sep. 2012)

Interaction between ICC Arbitration Rules and Korean Arbitration Act in ICC Arbitration Conducted in Korea, Korean Journal of International Litigation and Arbitration (Total Vol. 3) (Nov. 2011)

International Commercial Arbitration from the Viewpoint of International Disputes Settlement, Seoul Law Journal, Vol. 55, No. 2 (Jun. 2014)

Major Contents of Amendment 2016 of Arbitration Act and Evaluation, Legal Research Institute Chonbuk National University, Vol. 53 (Aug. 2017)

Interim Measures of Arbitral Tribunal under the Arbitration Act of 2016 – Including A Question on the Consistency with the Interim Measures of Court under the Civil Execution Act, Korea International Trade Law Association Journal, Vol. 26, No. 1 (Jul. 2017)

Changes of Legal Doctrines on Effect, Setting Aside, Recognition and Enforcement of Arbitral Awards under the Arbitration Act of 2016 of Korea, Hanyang Law Review, Vol. 34, No. 1 (Mar. 2017)

Recognition and Enforcement of an Arbitral Award Confirmed by a Court of the State of California: Focusing on the Subject and the Law Applicable to Arbitration Agreements and Voluntary Agencies Under the New York Convention, JURIS of Jurisdiction Development Foundation, No. 53 (Sep. 2020)

**Commentary of Supreme Court Cases**

Supreme Court Cases 2004 regarding Private International Law: Summary and Commentary, Korea Private International Law Journal, Vol. 10 (2004)

Supreme Court Cases 2005 regarding Private International Law: Summary and Commentary, Korea Private International Law Journal, No. 11 (Dec. 2005)

Supreme Court Cases 2006 regarding Private International Law: Summary and Commentary, Korea Private International Law Journal, No. 12 (Dec. 2006)

**EU Private International Law**

Convention on the Law applicable to Contractual Obligations (Rome Convention), Korea Private International Law Journal, No. 3 (1998)

EU Regulation on the Law Applicable to Non-contractual Obligations (Rome II), Seoul Law Journal (Total Vol. 160) (Vol. 52, No. 3) (Sep. 2011)

EU Insolvency Regulations, Korea Private International Law Journal, No. 7 (2002)

EU Convention on Jurisdiction and the Enforcement of Judgments in Civil and Commercial Matters (Brussels Convention), Korea Private International Law Journal, No. 2 (1997)

EU Regulation on Jurisdiction and the Enforcement of Judgments in Civil and Commercial Matters (Brussels Regulation)―With a Focus on Difference from Brussels Convention, Hanyang Law Review, Vol 20, No. 1 (Jun. 2003)

International Jurisdiction in Matters relating to Contract under the Revised Lugano Convention, Seoul Law Journal, Vol. 49, No. 4 (Total Vol. 149) (Dec. 2008)

**Private International Law of Foreign Countries**
Swiss Private International Act, Korea Private International Law Journal, No. 3 (1998) Review on Swiss Private International Act, Korea Private International Law Journal, Vol. 26, No. 2 (Dec. 2020), Korea Private International Law Journal, Vol. 26, No. 1 (Jun. 2020)

**Conventions of the Hague Conference on Private International Law**
Hague Convention on Recognition and Enforcement of Foreign Judgments and Jurisdiction in Civil and Commercial Matters, Korea Private International Law Journal, No. 2 (1997)
Hague Convention on Recognition and Enforcement of Foreign Judgments and Jurisdiction in Civil and Commercial Matters―Including Report of Participation in Special Committee Meeting held in Jun. 1997, Korea Private International Law Journal, Vol. 2 (Dec. 1997)
Hague Convention on Recognition and Enforcement of Foreign Judgments and Jurisdiction in Civil and Commercial Matters―2nd Report of Participation in Special Committee Meeting held in Mar. 1998, Justice (Total Vol. 50) (Dec. 1998)
Preliminary Draft Convention on Jurisdiction and Foreign Judgments in Civil and Commercial Matters of the Hague Conference on Private International Law, Korea Private International Law Association, Korea Private International Law Journal, No. 5 (2000)
Draft Convention 2001 on Jurisdiction and Foreign Judgments in Civil and Commercial Matters of the Hague Conference on Private International Law, Hanyang Law Review, Vol. 20, No. 1 (Jun. 2003)
Law Applicable to Certain Rights in respect of Securities―Regarding PRIMA, Korean Journal of Securities Law, Vol. 3, No. 1 (Jun. 2002)
Convention on the Law Applicable to Certain Rights in respect of Securities held with an Intermediary of the Hague Conference on Private International Law, Korean Journal of Securities Law, Vol. 5, No. 1 (2004)
Overview of Hague Choice of Court Convention 2005, Korea Private International Law Journal, No. 11 (2005)
Hague Intercountry Adoption Convention of 1993, Korea Private International Law Journal, No. 15 (2009)
Hague Convention on the Civil Aspects of International Child Abduction and Korea's Accession, Seoul Law Journal, Vol. 54 No. 2 (Jun. 2013)
Hague Principles on Choice of Law in International Commercial Contracts, Collection of Commemorative Papers to Mark the Retirement of Professor Heon Jae SEO (Feb. 2015)
In Commemoration of the 20th Anniversary of Korea's Membership of the Hague Conference on Private International Law: Retrospects, Current Status and Prospects, Dong-A Journal of International Business Transactions Law, No. 19 (Aug. 2017)
Review of the International Adoption Bill 2018 introduced for Korea's Ratification of the Hague Adoption Convention, Family Law Review, Vol. 33, No. 1 (Mar. 2019)

On the Promotion of the IP hub Project by Korean Courts and the Issues in Korea's Accession to the Hague Choice of Court Convention, Korea Private International Law Journal, Vol. 25, No. 1 (Jun. 2019)

On Several Issues of the Hague Choice of Court Convention by reference to the recent Judgments of the Supreme Court of Korea, Korea Private International Law Journal, Vol. 25, No. 1 (Jun. 2019)

Principal Content and Indirect Jurisdiction Rules of the Hague Judgments Convention of 2019, Korea Private International Law Journal, Vol. 26, No. 2 (Dec. 2020)

Foreign Act Several Chinese Law Issues raised before Korean Courts: With Emphases on Laws on Contract, Tort, Marriage and Recognition and Enforcement of Foreign Judgments, in Seoul Law Journal (Total Vol. 156) (Vol. 51, No. 3) (Sep. 2010)

**Others**

Regulations on Jurisdiction and Applicable Law of Cloud Computing, Law & Technology, Vol. 7, No. 5 (Sep. 2011)

Guidelines on Legislation of UNCITRAL's Securities and Korea's Act on Security over Movable Properties, Claims, etc., International Trade Law (Total Vol. 88) (Aug. 2009)

Regulation of Legal Relationship between South Koreans and North Koreans: with a Focus on Inter-regional Law Rules and Special Substantive Law Rules, Korea Private International Law Journal, Vol. 21, No. 2 (Dec. 2015)

The Task of the Study of International Business Transactions Law of Korea, SungKyunKwan Law Review, Vol. 28, No. 3 (Sep. 2016)

Current Status and Future of East Asian Laws on International Civil and Commercial Dispute Resolution: from the Perspective of Harmonization and Unification, Justice (Total Vol. 158-2) (Feb. 2017, Special Edition I of International Association of Korean Lawyers)

UNCITRAL's Impact on Korean Law and the Tasks of Korean Lawyers, Journal of Comparative Private Law, Vol. 25, No. 4 (Total Vol. 83) (Nov. 2018)

Professor Ho-Chung LEE's Private International Law, Life and Study of Liberalist Ho-Ghung LEE, Collection of Papers to Commemorate Late Professor Ho-Chung LEE (Dec. 2019)

Recognition in lieu of Designation of Applicable Law in Private International Law: Discussion in the European Union and Implications for Korean Law, DONG-A JOURNAL OF IBT LAW, No. 35 (Oct. 2021)

Application of Korean Social Security Law to Aliens: Shift from Alien Law to Conflict of Laws Rules, Korea Private International Law Journal, Vol. 27, No. 2 (Dec. 2021)

Recognition and Enforcement of Mediated Settlement Agreements under the Singapore Convention: Korean Law Perspective, Korean Journal of International Trade and Business Law, Vol. 31, No. 2 (December. 2022)

**Books**

International Jurisdiction to Adjudicate (Seoul National University Press, 2001)

Private International Law Act of Korea revised in 2001, 1st edition (2001), 2nd edition (2003)

Law of Contracts for the International Sale of Goods: Commentary on CISG (Parkyoungsa, 2010)

International Civil Procedure Law (Ibid., 2012)

Private International Law and International Litigation, Volumes 1 & 2 (Parkyoungsa, 2001), Volume 3 (Parkyoungsa, 2004), Volume 4 (Parkyoungsa, 2007), Volume 5 (Parkyoungsa, 2012), Volume 6 (Parkyoungsa, 2019) and Volume published to Commemorate Retirement (Parkyoungsa, 2022)

Essays on International Commercial Arbitration, Volume 1 (Parkyoungsa, 2007), Volume 2 (Parkyoungsa, 2019)

International Adjudicatory Jurisdiction Law (Parkyoungsa, 2022)

**Publications in English**

**English Articles**

The New Conflict of Laws Act of the Republic of Korea, in Yearbook of Private International Law, Volume 5 (Swiss. 2003)

Some Observations on the Chinese Private International Law Act: Korean Law Perspective, Zeitschrift für Chinesisches Recht (Germany. 2011)

Comparative Analyses of the Chinese Private International Law Act and the Private International Law Act of Chinese Taipei: Korean Law Perspective, International Law Review (China University of Political Science and Law, 2013)

Recognition and Enforcement of Foreign Judgments in the Republic of Korea, Yearbook of Private International Law, Volume 15(Swiss. 2013/2014)

Korea's Accession to the Hague Child Abduction Convention, Family Law Quarterly, Volume 48, No. 2 (U.S.A., 2014)

Harmonization of Private International Law Rules in Northeast Asia, Japanese Society of International Law, Journal of International Law and Diplomacy, Vol. 114(1), (Japan. 2015)

Introduction of Detailed Rules of International Adjudicatory Jurisdiction in Korea: Proposed Amendments of the Private International Law Act (Japan. 2018), Yearbook of Private International Law of Japan, Vol. 19 (Japan. 2017)

Recognition and Enforcement of Judgments between China, Japan, South Korea in the New Era: South Korean Law Perspective, Frontiers of Law in China, Vol. 13 No. 2 (2018. 6.)

Private International Law Issues on Cross-border Surrogacy Agreement under Korean Law, Nomos No. 43 (Japan. 2018)

Comparison between the UNCITRAL Model Law and the EU Regulation in the Context of the Recognition of Foreign Insolvency Proceedings: with an Emphasis on the Recent Hanjin Shipping Case, Alexander Bruns et al., Legal Theory and Inerpretation in a Dynamic Society (Nomos; Germany. 2021)

**Korea Section in English Books**

South Korea Section, in International Secured Transactions edited by Dennis Campbell, Binder 2 (Oceana Publications, Inc., Dobbs Ferry, NY, 2004)

South Korea Section, in Jürgen Basedow et al. (eds.), Encyclopedia of Private International Law, Vols. 2 and 4 (Edward Elgar. 2017)

Country Report, in Adeline Chong (ed.), Recognition and Enforcement of Foreign Judgments in Asia (Asian Business Law Institute. 2017)

Law Applicable to Infringement of Foreign Copyright under the Berne Convention and the Korean Private International Law Act, in LIU Kung-Chung (ed.), Annotated Leading Copyright Cases in Major Asian Jurisdictions (City University of Hong Kong Press. 2019)