| | |
|---|---|
| 1 | The Honorable Tana Lin |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>Defendants. | Case No. 2:23-cv-00576-TL<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM THE INITIAL DISCLOSURES DEADLINE AND FOR A PROTECTIVE ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |

This matter comes before the Court on the Defendants' Motion for Relief From the Initial Disclosures Deadline and For a Protective Order to Stay Discovery Pending Resolution of Motion to Dismiss filed by Defendants Ironmace Co., Ltd., Ju-Hyun Choi, and Terence Seungha Park (collectively, "Defendants").

The Court, having considered the motion and the papers filed in support of and in opposition to the motion, hereby **GRANTS** the motion for the reasons set forth in Defendants' motion.

The Clerk is directed to vacate the initial disclosures deadline set in the above-captioned action. Any subsequent discovery is hereby stayed until after resolution of the pending Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* (Dkt. # 29).

ORDER GRANTING MOTION FOR RELIEF FROM INITIAL
DISCLOSURES DEADLINE AND FOR PROTECTIVE ORDER
TO STAY DISCOVERY PENDING RESOLUTION OF MOTION
TO DISMISS - 1
No. 2:23-CV-00576-TL

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2023.

_____
Hon. Tana Lin
United States District Court Magistrate Judge

PRESENTED BY:

 *s/ Michael E. Chait*
Michael E Chait, WSBA #48842
Chris J. Lindemeier, WSBA #55515
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: mchait@sbwLLP.com
Email: clindemeier@sbwLLP.com

Aaron J. Moss (*pro hac vice*)
Joshua M. Geller (*pro hac vice*)
Emily G. Avazian (*pro hac vice*)
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Facsimile: 310.553.0687
Email: amoss@ggfirm.com
Email: jgeller@ggfirm.com
Email: eavazian@ggfirm.com

ORDER GRANTING MOTION FOR RELIEF FROM INITIAL
DISCLOSURES DEADLINE AND FOR PROTECTIVE ORDER
TO STAY DISCOVERY PENDING RESOLUTION OF MOTION
TO DISMISS - 2
No. 2:23-CV-00576-TL

**GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 13, 2023.

_____
Rondi A. Greer

PROOF OF SERVICE
No. 2:23-CV-00576-TL
43223-00002/4857204.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610