The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>Defendants. | Case No. 2:23-cv-00576-TL<br><br>**SUPPLEMENTAL DECLARATION OF TERENCE SEUNGHA PARK** |

SUPPLEMENTHAL DECLARATION OF TERENCE SEUNGHA PARK No. 2:23-CV-00576-TL
43223-00002/4877100.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
(310) 553-3610

## SUPPLEMENTAL DECLARATION OF TERENCE SEUNGHA PARK

I, Terence Seungha Park, hereby declare as follows:

1. I am the Chief Executive Officer of Ironmace Co., Ltd. ("Ironmace"). I am submitting this supplemental declaration in response to Nexon's Opposition to the Motion to Dismiss for Forum Non Conveniens filed by myself, Ironmace, and Ju-Hyun Choi in the above-captioned lawsuit (the "Motion"). The facts stated herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2. In the declaration I submitted in support of the Motion, I explained that almost all of the internal team communications and other documentation relating to *Dark and Darker* are in Korean. While it is true that common coding languages use English words, our internal team notes that we used when programming *Dark and Darker* are almost exclusively in Korean.

3. The other preparatory and planning documentation about how we made *Dark and Darker* is also almost all in Korean. We have an internal "wiki" that goes into detail about our game design process and shows that *Dark and Darker* was independently created. That wiki is written almost exclusively in Korean.

4. Ironmace has had seven playtests of *Dark and Darker*. The public playtests have involved game servers located in Korea, Brazil, Germany, Australia, Singapore, Japan, and the United States. For six of the seven, the game was available in Korea in the Korean language.

5. For the most recent playtest we did in April 2023, we were unable to make the game accessible in Korea, though it was available everywhere else worldwide. We had to restrict access in Korea because of the way this playtest was distributed. Korea requires that games be "rated" before distribution. When a game is available on Steam, a game distributor can rely on Steam's rating system to implicitly satisfy that requirement prior to launch. But because of Nexon's takedown notice, *Dark and Darker* has been removed from Steam.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

SUPPLEMENTAL DECLARATION OF TERENCE SEUNGHA PARK - 1 No. 2:23-CV-00576-TL
43223-00002/4877100.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

EXECUTED at Seongnam, Republic of Korea, this 14th day of July, 2023

_____
Terence Seungha Park

SUPPLEMENTAL DECLARATION OF TERENCE SEUNGHA PARK - 2 No. 2:23-CV-00576-TL
43223-00002/4877100.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 14, 2023.

_____
Kristine Nicolas

CERTIFICATE OF SERVICE
No. 2:23-CV-00576-TL
43223-00002/4877100.1

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California  90067
(310) 553-3610