HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>       Plaintiff,<br>  v.<br><br>IRONMACE, CO., LTD. a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>       Defendant. | Case No.: 2:23-cv-00576-TL<br><br>PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY |

Pursuant to Local Civil Rule 7(g), Plaintiff NEXON Korea Corporation ("Nexon") hereby gives notice that it intends to file a surreply in response to Defendants' Reply in Support of Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* ("Reply," Dkt.#45), moving to strike newly submitted declarations and the portions of the Reply that rely on newly submitted declarations. Defendants filed their Reply on Friday, July 14, 2023 and the surreply will be filed by Wednesday, July 19, 2023.

\\

PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY - 1
Case No. 2:23-cv-00576-TL

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 17th day of July, 2023.

STOKES LAWRENCE. P.S.

By: */s/ Shannon M. Jost*
Shannon M. Jost (WSBA #32511)
Shannon.Jost@stokeslaw.com

By: */s/ Joshua D. Harms*
Joshua D. Harms (WSBA #55679)
Joshua.Harms@stokeslaw.com
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101-2393
Phone: +1 (206) 626-6000
Fax:    +1 (206) 464-1496

*and*

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ James S. Blackburn*
James S. Blackburn (*pro hac vice*)
James.Blackburn@arnoldporter.com

By: */s/ Oscar Ramallo*
Oscar Ramallo (*pro hac vice*)
Oscar.Ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Phone: +1 (213) 243-4000
Fax:    +1 (213) 443-4199

By: */s/ James K. Lee*
James K. Lee (*pro hac vice*)
James.Lee@arnoldporter.com

By: */s/ So Min Lee*
So Min Lee (*pro hac vice*)
Somin.lee@arnoldporter.com
20F, Concordian
76 Saemunan-ro, Jongno-gu
Seoul, Korea (03185)
Phone: +82 2 6744-2000
Fax:    +82 2 6744-2099

By: */s/ John R. Sabacinski*
John R. Sabacinski (*pro hac vice*)
John.Sabacinski@arnoldporter.com

PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY - 2
Case No. 2:23-cv-00576-TL

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

70 West Madison Street
Suite 4200
Chicago, Illinois 60602
Phone: +1 (312) 583-2300
Fax:   +1 (312) 583-2360

Counsel for Plaintiff NEXON Korea Corporation

PLAINTIFF'S NOTICE OF INTENT TO FILE SURREPLY - 3
Case No. 2:23-cv-00576-TL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000