THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>    Plaintiff,<br>    v.<br><br>IRONMACE, CO., LTD. a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>    Defendant. | Case No.: 2:23-cv-00576-MLP<br><br>ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM THE INITIAL DISCLOSURES DEADLINE AND FOR A PROTECTIVE ORDER TO STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS<br><br>[PROPOSED] |

THIS MATTER came before the Court on Defendants' Motion for Relief From the Initial Disclosures Deadline and For a Protective Order to Stay Discovery Pending Resolution of Motion to Dismiss (Dkt.#44, "Stay Motion"), and having considered the Stay Motion, Plaintiff's opposition thereto, and _____, and being familiar with the pleadings and files of record, the Court is fully advised.

NOW THEREFORE, Defendants' Stay Motion is DENIED. The parties shall comply with the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt.#37), and shall otherwise actively litigate this case until a decision is rendered on Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* (Dkt.#29).

ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM THE INITIAL DISCLOSURES DEADLINE AND FOR A PROTECTIVE ORDER TO STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

IT IS HEREBY ORDERED that Defendants' Motion be DENIED.

DATED this _____ day of _____, 2023.

_____
HONORABLE TANA LIN

Presented by:

STOKES LAWRENCE, P.S.

By: *s/Joshua Harms*
    Shannon Jost (WSBA #32511)
    Joshua Harms (WSBA #55679)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Fax: (206) 464-1496
    Shannon.Jost@stokeslaw.com
    Joshua.Harms@stokeslaw.com
    *Counsel for Plaintiff NEXON Korea Corporation*

ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM THE INITIAL DISCLOSURES DEADLINE AND FOR A PROTECTIVE ORDER TO STAYING DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS - 2

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000