HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br>v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>Defendants. | Case No.: 2:23-cv-00576-TL<br><br>DECLARATION OF MINJUNG PARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF FROM THE INITIAL DISCOVERY DEADLINE AND FOR A PROTECTIVE ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS |

I, Minjung Park, hereby declare as follows:

1. My name is Minjung Park. I am over 18 years of age. The facts stated in this declaration are known by me personally to be true and correct. If called as a witness, I could and would competently testify thereto.

2. My firm, Kim & Chang, and I serve as counsel for Nexon in the legal proceedings in Korea against Defendants. I previously submitted a declaration describing my background and the legal proceedings. Dkt.#41.

3. The Suwon District Court has set July 19, 2023 as the deadline for parties to submit final briefs for the preliminary injunction application proceedings. After the court-set deadline of

DECLARATION OF MINJUNG PARK - 1
Case No. 2:23-cv-00576-MLP

July 19, 2023, the parties will await the court's decision. The court is not required to consider any briefs filed after July 19, although the parties are not prohibited from filing additional briefs. Based on my experience and the nature of the parties' applications, I anticipate it will take one to two months for the court to reach its final decision in a preliminary injunction proceeding.

4. No hearings on the merits litigation between Nexon and Defendants have been scheduled, and the Court has not invited any briefing at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 19th day of July 2023 at Seoul, Korea.

*Minjung Park*
Minjung Park