THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NEXON KOREA CORPORATION, a Korean Corporation,

    Plaintiff,

v.

IRONMACE, CO., LTD. a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,

    Defendant.

Case No.: 2:23-cv-00576-MLP

ORDER GRANTING PLAINTIFF'S SURREPLY TO STRIKE MATTER FILED IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS*

[PROPOSED]

THIS MATTER came before the Court on Plaintiff's Surreply to Strike Matter Filed in Connection with Defendants' Motion to Dismiss on Grounds of *Forum Non Conveniens* ("Motion to Strike"), and having considered Plaintiff's Motion to Strike, the papers submitted by Defendants in support of the Motion to Dismiss on Grounds of *Forum Non Conveniens*, and _____, and being familiar with the pleadings and files of record, the Court is fully advised.

NOW THEREFORE, Plaintiff's Motion to Strike is GRANTED in its entirety. The following material is hereby STRICKEN from the record:

- Paragraph 7 of the Declaration of John B. Duncan, Ph.D (Dkt.#46)
- Paragraphs 5, 7-21, and 23-24 of the Supplemental Declaration of Eung Jun Jeon (Dkt.#47).

ORDER GRANTING PLAINTIFF'S SURREPLY TO STRIKE MATTER FILED IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS ON GROUNDS OF FORUM NON CONVENIENS - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

- Paragraph 2 of the Supplemental Declaration of Terence Seungha Park (Dkt.#48).

- Paragraphs 9-19 of the Declaration of Professor Gyoohoo Lee (Dkt.#49).

- The portions of Defendants' reply brief (Dkt.#45) relying on the foregoing, namely: 6:1–2, 7:4–9, 7:27–8:2, 8:7–15, 8:22–23, 9:21–23, and footnote 3.

DATED this ____ day of _____, 2023.

_____
HONORABLE TANA LIN

Presented by:

STOKES LAWRENCE, P.S.

By: *s/Joshua Harms*
    Shannon Jost (WSBA #32511)
    Joshua Harms (WSBA #55679)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Fax: (206) 464-1496
    Shannon.Jost@stokeslaw.com
    Joshua.Harms@stokeslaw.com
    *Counsel for Plaintiff NEXON Korea Corporation*

ORDER GRANTING PLAINTIFF'S SURREPLY TO STRIKE MATTER FILED IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS ON GROUNDS OF FORUM NON CONVENIENS - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000