The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>IRONMACE CO., LTD., a Korean Corporation; JU-HYUN CHOI, individually; and TERENCE SEUNGHA PARK, individually,<br><br>            Defendants. | Case No.: 2:23-cv-00576-TL<br><br>**DEFENDANT IRONMACE CO., LTD'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Ironmace Co., Ltd. ("Ironmace") makes the following disclosures: Ironmace does not have a parent company and no publicly held corporation owns 10% or more of its stock. Ironmace is incorporated as a 주식회사 (Stock Company) under Korean law. It is not a joint venture, limited liability corporation (LLC), partnership, limited liability partnership (LLP), or any other unincorporated association.

//

//

//

DEFENDANT IRONMACE CO., LTD.'S CORPORATE
DISCLOSURE STATEMENT - 1
No. 2:23-CV-00576-MLP

43223-00002/4897136.1

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

DATED August 8, 2023.

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**

By   *s/ Joshua M. Geller*
    Aaron J. Moss (*pro hac vice*)
    Joshua M. Geller (*pro hac vice*)
    Emily G. Avazian (*pro hac vice*)
    2049 Century Park East, Suite 2600
    Los Angeles, California  90067
    Tel: 310.553.3610/ Fax: 310.553.0687
    Email:  amoss@ggfirm.com
    Email:  jgeller@ggfirm.com
    Email:  eavazian@ggfirm.com

**SAVITT BRUCE & WILLEY LLP**

    Michael E Chait, WSBA #48842
    Chris J. Lindemeier, WSBA #55515
    1425 Fourth Avenue Suite 800
    Seattle, Washington  98101-2272
    Telephone:  206.749.0500
    Facsimile:   206.749.0600
    Email:  mchait@sbwLLP.com
    Email:  clindemeier@sbwLLP.com

*Attorneys for Defendants*

DEFENDANT IRONMACE CO., LTD.'S CORPORATE DISCLOSURE STATEMENT - 2
No. 2:23-CV-00576-MLP

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
(310) 553-3610

43223-00002/4897136.1

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 8, 2023.

_____
Kristine Nicolas

CERTIFICATE OF SERVICE
No. 2:23-CV-00576-MLP

**GREENBERG GLUSKER FIELDS**
**CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067
(310) 553-3610

43223-00002/4897136.1