1

2

3

4

5

HONORABLE TANA LIN

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    NEXON KOREA CORPORATION, a Korean
Corporation,

9
                        Plaintiff,
10           v.

11   IRONMACE CO., LTD., a Korean
Corporation; JU-HYUN CHOI, individually;
12   and TERENCE SEUNGHA PARK,
individually,

13
                        Defendants.
14

Case No.:  2:23-cv-00576-TL

**NOTICE OF APPEAL AND
REPRESENTATION STATEMENT**

15                          <u>**NOTICE OF APPEAL**</u>

16           Notice is hereby given that Plaintiff Nexon Korea Corporation ("Nexon" or "Plaintiff")

17   hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of

18   the United States District Court for the Western District of Washington dismissing this case

19   without prejudice, entered in this action on August 17, 2023 (Dkt. 58) **[Exhibit A]**, and all orders

20   subsumed in the Judgment including the District Court's Order of Dismissal on Grounds of

21   *Forum Non Conveniens*, entered in this action on August 17, 2023 (Dkt. 57) **[Exhibit B]** by the

22   Honorable Tana Lin.

23

24

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1    Plaintiff's Representation Statement is attached to this Notice as required by Ninth Cir.

2   R. 3-2(b) and Fed. R. App. P. 12(b).

3

4    DATED this 14th day of September, 2023.

5                                          STOKES LAWRENCE. P.S.

6                                          By:  */s/ Shannon M. Jost*
                                               Shannon M. Jost (WSBA #32511)
7                                              Shannon.Jost@stokeslaw.com
                                               1420 Fifth Avenue, Suite 3000
8                                              Seattle, Washington 98101-2393
                                               Phone: +1 (206) 626-6000
9                                              Fax:    +1 (206) 464-1496

10                                         *and*

11                                         ARNOLD & PORTER KAYE SCHOLER LLP

12                                         By:  */s/ James S. Blackburn*
                                               James S. Blackburn (*pro hac vice*)
13                                             James.Blackburn@arnoldporter.com

14                                         By:  */s/ Oscar Ramallo*
                                               Oscar Ramallo (*pro hac vice*)
15                                             Oscar.Ramallo@arnoldporter.com
                                               777 South Figueroa Street, 44th Floor
16                                             Los Angeles, California 90017
                                               Phone: +1 (213) 243-4000
17                                             Fax:    +1 (213) 443-4199

18                                         By:  */s/ James K. Lee*
                                               James K. Lee (*pro hac vice*)
19                                             James.Lee@arnoldporter.com
                                               20F, Concordian
20                                             76 Saemunan-ro, Jongno-gu
                                               Seoul, Korea (03185)
21                                             Phone: +82 2 6744-2000
                                               Fax:    +82 2 6744-2099
22
                                           Counsel for Plaintiff NEXON Korea Corporation
23

24

NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 2
Case No. 2:23-cv-00576-TL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**REPRESENTATION STATEMENT**

Listed below are all parties to the appeal and their counsel in the Court of Appeals.  *See*

Ninth Cir. R. 12-2; Ninth Cir. R. 3-2(b); Fed. R. App. P. 12(b).

Plaintiff and Appellant:
Nexon Korea Corporation


Counsel for Plaintiff and Appellant:

Sean M. SeLegue (registered for Ninth Circuit electronic filing)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111
Phone: +1 (415) 471-3169
Email: Sean.SeLegue@arnoldporter.com


James S. Blackburn (registered for Ninth Circuit electronic filing)
Oscar Ramallo (registered for Ninth Circuit electronic filing)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Phone: +1 (213) 243-4000
Email: James.Blackburn@arnoldporter.com
Email: Oscar.Ramallo@arnoldporter.com

James K. Lee (registered for Ninth Circuit electronic filing)
**ARNOLD & PORTER KAYE SCHOLER LLP**
20F, Concordian
76 Saemunan-ro, Jongno-gu
Seoul, Korea (03185)
Phone: +82 2 6744-2000
Email: James.Lee@arnoldporter.com


Shannon M. Jost (not registered for Ninth Circuit electronic filing)
**STOKES LAWRENCE. P.S.**
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101-2393
Phone: +1 (206) 626-6000
Email: Shannon.Jost@stokeslaw.com

NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 3
Case No. 2:23-cv-00576-TL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1    <u>Defendants and Appellees:</u>
Ironmace Co., Ltd; Ju-Hyun Choi; Terence Seungha Park

2

<u>Counsel for Defendants and Appellees:</u>

3

Michael E Chait (registered for Ninth Circuit electronic filing)

4    Chris J. Lindemeier  (not registered for Ninth Circuit electronic filing)
**SAVITT BRUCE & WILLEY LLP**

5    1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272

6    Phone: 206-749-0500
Email: mchait@sbwLLP.com

7    Email: clindemeier@sbwLLP.com

8    Aaron J. Moss (registered for Ninth Circuit electronic filing)
Joshua M. Geller (registered for Ninth Circuit electronic filing)

9    Emily G. Avazian (registered for Ninth Circuit electronic filing)
**GREENBERG GLUSKER FIELDS CLAMAN &**

10   **MACHTINGER LLP**
2049 Century Park East, Suite 2600

11   Los Angeles, California 90067
Phone: 310-553-3610

12   Email: amoss@ggfirm.com
Email: jgeller@ggfirm.com

13   Email: eavazian@ggfirm.com

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 4
Case No. 2:23-cv-00576-TL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000