# Exhibit A

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NEXON KOREA CORPORATION, a Korean Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>IRONMACE CO LTD, a Korean Corporation, et al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:23-cv-00576-TL |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 For the reasons set forth in the Court's Order of Dismissal dated August 17, 2023 (Dkt. No. 57), Judgment is entered in favor of Defendants and all of Plaintiff Nexon Korea Corporation's claims are dismissed without prejudice.

 Dated August 17, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Kadya Peter
                Deputy Clerk